```
                                        FILED
                                   U.S. DISTRICT COURT
                                  EASTERN DISTRICT OF LA

                                   2000 FEB 10  P 3:48

                                   LORETTA G. WHYTE
                                         CLERK
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MFLC PARTNERS, A LOUISIANA PARTNERSHIP IN COMMENDAM | § § § § § § § § § § § § § | CIVIL ACTION |
| | | NO. 00-0379 |
| Plaintiff | | |
| v. | | SECTION "J" |
| RANDALL-MORGAN CONSTRUCTION COMPANY, INC., | | MAG. 1 |
| Defendant. | | |

### MOTION FOR EXTENSION OF TIME
### IN WHICH TO ANSWER OR OTHERWISE PLEAD

NOW INTO COURT, through undersigned counsel, come Counter Defendants, the Federal National Mortgage Association ("Fannie Mae"), MFLC Partners, a Louisiana partnership in commendam, Mirabeau Family Learning Center, Inc., and Michael R. Vales, and pursuant to Local Rule 7.9E, hereby request that they be granted an additional twenty days, up to and including March 6, 2000, in which to conduct investigation in order to respond or otherwise plead to Defendant/Counter Plaintiff's Counterclaim. This Motion is brought with full reservation of all rights and defenses.

GAMD-NO 98746-1

DATE OF ENTRY _____  **FEB 14 2000**



In support of this motion, Counter Defendants represent:

1.

Counter Defendants received a copy of the Amended Counterclaim on January 25, 2000. Counter Defendant Fannie Mae, with the consents of all other Counter Defendants, removed the matter to this Court on February 7, 2000.

2.

Counter Defendants need additional time to investigate the allegations and prepare the appropriate response to the Counterclaim.

3.

Counter Defendants certify that they have neither sought nor obtained any previous extension of time in which to respond or otherwise plead, and no objection to such extension of time has been filed in the record. Further, the requested extension will not prejudice Defendant/Counter Plaintiff.

WHEREFORE, for the foregoing reasons, Counter Defendants the Federal National Mortgage Association, MFLC Partners, a Louisiana partnership in commendam, Mirabeau Family Learning Center, Inc., and Michael R. Vales respectfully request that this Court grant them an extension of time up to and including March 6, 2000, in which to respond or otherwise plead, with full reservation of all rights and defenses.

Respectfully submitted,

A. GREGORY GRIMSAL (#6332)
MARCY V. MASSENGALE (#22512)
GORDON, ARATA, McCOLLAM,
  DUPLANTIS & EAGAN, L.L.P.
201 St. Charles Ave. 40th Floor
New Orleans, Louisiana 70170-4000
Phone (504) 582-1111; Fax: 582-1121

By: _____
     A. Gregory Grimsal
     Bar Roll No. 6332

Attorneys for Counter Defendants Federal National Mortgage Association, MFLC Partners, a Louisiana Partnership in Commendam, Mirabeau Family Learning Center, Inc., and Michael R. Vales


C E R T I F I C A T E

I hereby certify that I have served a copy of the above and foregoing pleading upon counsel for Defendant/Counter Plaintiff by placing a signed copy thereof in the United States mail, postage prepaid, on this 10th day of February, 2000.

_____
A. Gregory Grimsal

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MFLC PARTNERS, A LOUISIANA PARTNERSHIP IN COMMENDAM | § § § § § | CIVIL ACTION<br><br>NO. 00-0379 |
| Plaintiff | | |
| v. | § § | SECTION "J" |
| RANDALL-MORGAN CONSTRUCTION COMPANY, INC., | § § § | MAG. 1 |
| Defendant. | § § | |

### O R D E R

Considering the foregoing Motion for Extension of Time in Which to Plead,

IT IS ORDERED that Counter Defendants the Federal National Mortgage Association ("Fannie Mae"), MFLC Partners, a Louisiana partnership in commendam, Mirabeau Family Learning Center, Inc., and Michael R. Vales be granted an extension of twenty days, ~~up to and including March 6, 2000~~, in which to answer

GAMD-NO 98746-1

or otherwise plead, with full reservation of all rights.

New Orleans, Louisiana, this 11th day of February, 2000.

_____
UNITED STATES DISTRICT JUDGE