



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 MAR 22 P 3: 43

LORETTA C. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MFLC PARTNERS, A LOUISIANA PARTNERSHIP IN COMMENDAM** | CIVIL ACTION NO. 00-0379 |
| **versus** | SECTION "J" |
| **RANDALL-MORGAN CONSTRUCTION COMPANY, INC.** | MAG. "1" |

---

## MOTION AND INCORPORATED MEMORANDUM FOR LEAVE TO FILE COUNTERDEFENDANTS' FIRST AMENDED ANSWER

NOW INTO COURT, through undersigned counsel, come counterdefendants, Mirabeau Family Learning Center, Inc. ("Mirabeau"), Federal National Mortgage Association ("Fannie Mae"), ("Mirabeau"), Michael R. Vales and MFLC Partners, A Louisiana Partnership in Commendam ("MFLC") who upon suggesting to the Court that counterdefendants each filed herein answers to the first amended counterclaim of defendant/counterplaintiff, Randall Morgan

GAMD-NO.100476-1

DATE OF ENTRY

MAR 2 9 2000

____Fee_____
____Process____
_X_Dktd_____
____CtRmDep____
____Doc.No.____

Construction Company, Inc. on March 2, 2000, and on further suggesting to the Court that Federal Rules of Civil Procedure Rule 15(a) permits amendment of a pleading as of right at any time within twenty (20) days after an answer is served if the action has not been placed upon the trial calendar, and on further suggesting to the Court that counterdefendants each desire to amend their answers to add certain affirmative defenses, and on further suggesting to the Court that permitting the filing of these amended answers will not delay or retard the progress of this action, counterdefendants respectfully request that this Court enter an order granting each of them leave to file the four attached amended answers.

Respectfully submitted,

A. GREGORY GRIMSAL (#6332)
MARCY V. MASSENGALE (#2512)
GORDON, ARATA, McCOLLAM,
  DUPLANTIS & EAGAN, L.L.P.
201 St. Charles Ave., 40th Floor
New Orleans, Louisiana 70170-4000
Phone (504) 582-1111; Fax. 582-1121

By: _____
    A. Gregory Grimsal
    Bar Roll No. 6332

Attorneys for Mirabeau Family Learning Center, Inc., Federal National Mortgage Association, Michael R. Vales and MFLC Partners, A Louisiana Partnership in Commendam

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MFLC PARTNERS, A LOUISIANA PARTNERSHIP IN COMMENDAM** | **CIVIL ACTION NO. 00-0379** |
| **versus** | **SECTION "J"** |
| **RANDALL-MORGAN CONSTRUCTION COMPANY, INC.** | **MAG. "1"** |

## O R D E R

Considering the foregoing Motion for Leave to File Counterdefendants' Amended Answers,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that said motion is granted, that said amended answers on behalf of each counterdefendant be filed into the record of the captioned proceeding.

New Orleans, Louisiana, this 28th day of March 2000.

UNITED STATES DISTRICT JUDGE

GAMD-NO:100476-1