```
                                        FILED
                                  U.S. DISTRICT COURT
                                  EASTERN DISTRICT OF LA

                                   2000 JUL -5  P 4: 36

                                   LORETTA G. WHYTE
                                        CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MFLC PARTNERS, A LOUISIANA PARTNERSHIP IN COMMENDAM | CIVIL ACTION NO. 00-0379 |
| versus | SECTION "J" |
| RANDALL-MORGAN CONSTRUCTION COMPANY, INC. | MAG. "1" |

## MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

NOW INTO COURT, through undersigned counsel, comes plaintiff MFLC Partners, a Louisiana Partnership in Commendam ("MFLC"), who moves the Court for an order granting leave to file its First Amended Complaint, for the reasons set forth in the accompanying memorandum in support hereof. Opposing counsel has been contacted and has no opposition to the filing of the First Amended Complaint.

GAMD NO 104111 1

```
DATE OF ENTRY
JUL 1 0 2000
```



Respectfully submitted,

GORDON, ARATA, McCOLLAM,
   DUPLANTIS & EAGAN, L.L.P.
201 St. Charles Ave. 40th Floor
New Orleans, Louisiana 70170-4000
Telephone: (504) 582-1111


By: /s/ A. Gregory Grimsal
   A. Gregory Grimsal (6332)
   Marcy V. Massengale (22512)

Attorneys for MFLC Partners,
a Louisiana partnership in commendam


C E R T I F I C A T E

I hereby certify that I have served a copy of the above and foregoing pleading on all counsel of record by placing signed copies thereof in the United States mail, postage prepaid, on this 5th day of July, 2000.

/s/ A. Gregory Grimsal

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MFLC PARTNERS, A LOUISIANA PARTNERSHIP IN COMMENDAM** | CIVIL ACTION NO. 00-0379 |
| versus | SECTION "J" |
| **RANDALL-MORGAN CONSTRUCTION COMPANY, INC.** | MAG. "1" |

### O R D E R

Considering the foregoing Motion for Leave to File First Amended Complaint on behalf of plaintiff MFLC Partners, a Louisiana Partnership in Commendam,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that said motion is granted, that said First Amended Complaint be filed into the record of the captioned proceeding.

New Orleans, Louisiana, this 6th day of July, 2000.

_____
UNITED STATES DISTRICT JUDGE

GAMD-NO 104547-1