U.S. DISTRICT COURT
Eastern District of Louisiana

FILED AUG 15 200[0]

LORETTA G. WHYTE
Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

00-379 J(1)

CALL DOCKET                                    CALL DOCKET

IT IS ORDERED that the following cases will be called on Wednesday, OCTOBER 25, 2000 at 9 a.m., before Judge Carl J. Barbier. Failure of plaintiff's counsel to report the status thereof, or in the absence of good cause shown why the case should remain on the docket, it will be DISMISSED.

1. C.A. 99-3327 JENNIFER REYNOLDS VS REBECCA A. SABOL
No answer by defendant

2. C.A. 97-360 c/w 99-3447 IN RE: FALCON INLAND INC.
No answer by The Dia-Log Co. or Wedge Wireline Inc. in C.A. 99-3447

3. C.A. 00-68 DARIO PINEDA VS MURPHY EXPLIRATION & PRODUCTION CO, ET AL
No service or answer on Dynamic Industries, Inc. to original complaint

4. C.A. 00-352 ODLAN HOLDINGS L.L.C. VS THE CITY OF NEW ORLEANS
No service or answer on The City of New Orleans

5. C.A. 00-379 MFLC PARTNERS VS RANDALL-MORGAN CONSTRUCTION CO INC.
No answer by Desiree M. Charbonnet

6. C.A. 00-497 JAMES B. ADAMS VS WILLIE DAVIS, ET AL
No service or answers on defendants

7. C.A. 00-505 KYODO SHIPPING & TRADING CORP USA VS M/V CIUDAD GUAYANA
Status of case

8. C.A. 00-527 REVELLE SHIPPING AGENCY INC. VS M/V ORILSK
Status of case

9. C.A. 00-1069 THERESA BRAGGS VS TRANS UNION L.L.C., ET AL
No service or answers on defendants

10. C.A. 00-1148 JAMES C. BRADY VS JAMES O'HERN, ET AL
No answer by any defendant

11. C.A. 00-1187 FITZGERALD MASSEY VS TASCH, INC., ET AL
No answer by any defendant

12. C.A. 00-1267 MITSUI & CO., (USA) INC.
No service or answer by defendant

EILEEN STENSRUD
Courtroom Deputy, Section J

Fee____
Process____
X  Dktd____
___ CtRmDep____
___ Doc.No. 17