```
        FILED
  U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

  2000 NOV -3 AM 8:43

  LORETTA G. WHYTE
        CLERK
```

**MINUTE ENTRY**
**SHUSHAN, M.J.**
**NOVEMBER 2, 2000**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MFLC PARTNERS, ETC. | CIVIL ACTION |
| versus | NUMBER 00-0379 |
| RANDALL-MORGAN CONSTRUCTION COMPANY, INC. | SECTION "J" (1) |

A settlement conference is scheduled in the above-captioned case on Tuesday, December 12, 2000 at 2:00 P.M. before Magistrate Judge Sally Shushan, located at 501 Magazine Street, Room B-345, New Orleans, Louisiana.

On or before **December 8, 2000**, each party shall submit to the undersigned Magistrate Judge an in-camera letter/memorandum, **no longer than three pages double spaced,** briefly outlining any liability dispute, the damages, the value of the case and what realistic amount the respective party would be willing to offer/accept to settle this matter. **The letter/memorandum may be faxed directly to my chambers at 504-589-4994. All counsel are to have access to someone with full settlement authority.**

SALLY SHUSHAN
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
NOV - 3 2000

Fee _____
Process ___
X Dktd _____
_ CtRmDep __
Doc.No. ___