


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MFLC PARTNERS, A LOUISIANA PARTNERSHIP IN COMMENDAM | CIVIL ACTION NO. 00-0379 |
| versus | SECTION "J" |
| RANDALL-MORGAN CONSTRUCTION COMPANY, INC. | MAG. "1" |

### MOTION AND INCORPORATED MEMORANDUM FOR LEAVE TO FILE COUNTERDEFENDANTS' SECOND AMENDED ANSWER

NOW INTO COURT, through undersigned counsel, come counterdefendants, Mirabeau Family Learning Center, Inc. ("Mirabeau"), Federal National Mortgage Association ("Fannie Mae"), Michael R. Vales ("Vales") and MFLC Partners, A Louisiana Partnership in Commendam ("MFLC"), who suggest to the Court that counterdefendants each filed herein answers and first amended answers to the first amended counterclaim of defendant/counterplaintiff, Randall Morgan Construction Company,

GAMD-NO 111429-1

DATE OF ENTRY
DEC 1 1 2000

Inc. on March 2, 2000 and on March 22, 2000; and further suggest to the Court that the Court's Scheduling Order herein permits amendment of pleadings through December 4, 2000.

Movers herein wish to amend their answers in order to state with greater specificity the nature and basis of movers' affirmative defenses. Movers add no new affirmative defenses in these pleadings. Movers further suggest to the Court that permitting the filing of these amended answers will not delay or retard the progress of this action, as these amendments were filed within the deadlines fixed by the Court. Finally, movers have contacted counsel for defendants/counterplaintiff, who have no objection to the granting of this motion.

Accordingly, movers respectfully request that this Court enter an order granting each of them leave to file the four attached amended answers.

Respectfully submitted,

A. GREGORY GRIMSAL (#6332)
MARCY V. MASSENGALE (#22512)
GORDON, ARATA, McCOLLAM,
   DUPLANTIS & EAGAN L.L.P.
201 St. Charles Ave., 40th Floor
New Orleans, Louisiana 70170-4000
Phone: (504) 582-1111; Fax: 582-1121

By: _____
    A. Gregory Grimsal
    Bar Roll No. 6332

Attorneys for Mirabeau Family Learning Center, Inc., Federal National Mortgage Association, Michael R. Vales and MFLC Partners, A Louisiana Partnership in Commendam

C E R T I F I C A T E

I hereby certify that I have served a copy of the above and foregoing pleading on all counsel of record by placing a signed copy thereof in the United States mail, postage prepaid, on this 4th day of December, 2000.

_____
A. Gregory Grimsal (#6332)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MFLC PARTNERS, A LOUISIANA PARTNERSHIP IN COMMENDAM | CIVIL ACTION NO. 00-0379 |
| versus | SECTION "J" |
| RANDALL-MORGAN CONSTRUCTION COMPANY, INC. | MAG. "1" |

## O R D E R

Considering the foregoing Motion for Leave to File Counterdefendants' Second Amended Answers,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that said motion is granted, that said amended answers on behalf of each counterdefendant be filed into the record of the captioned proceeding.

New Orleans, Louisiana, this 7th day of DECEMBER, 2000.

_____
UNITED STATES DISTRICT JUDGE

GAMD-NO:111429-1