FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 DEC 13 PM 1:55

LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**SHUSHAN, M.J.**
**DECEMBER 13, 2000**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MFLC PARTNERS, ETC.** | **CIVIL ACTION** |
| versus | **NUMBER 00-0379** |
| **RANDALL-MORGAN CONSTRUCTION COMPANY, INC.** | **SECTION "J" (1)** |

A settlement conference was held on December 12, 2000.

Present:

Greg Grimsal and Jennifer Conrad, for the plaintiff;
David Halpern, for the defendant;

Settlement discussions are ongoing.

_____
SALLY SHUSHAN
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
DEC 1 3 2000

Fee____
Process__
X Dktd___
__ CtRmDep__
Doc.No.____