```
                                              FILED
                                         U.S. DISTRICT COURT
                                       EASTERN DISTRICT OF LA

                                         2001 FEB 15 PM 4:18

                                           LORETTA G. WHYTE
                                                CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MFLC PARTNERS, A LOUISIANA PARTNERSHIP IN COMMENDAM | CIVIL ACTION NO. 00-0379 |
| versus | SECTION "J" |
| RANDALL-MORGAN CONSTRUCTION COMPANY, INC. | MAG. "1" |

## MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

NOW INTO COURT comes undersigned counsel who, pursuant to Local Rule 83.2.12, moves this Court for an order allowing Jennifer K. Conrad (La. State Bar No. 26241) of the law firm of Gordon, Arata, McCollam, Duplantis & Eagan, L.L.P., to enroll as additional counsel of record for MFLC Partners, Michael R. Vales, Mirabeau Family Learning Center, Inc., and the Federal National Mortgage Association. Ms. Conrad is a member in good standing admitted to practice before this Court.

WHEREFORE, undersigned counsel respectfully requests that this Court issue an order enrolling Jennifer K. Conrad of the law firm of Gordon, Arata, McCollam, Duplantis & Eagan, L.L.P., as

GAMD-NO 114521-1

DATE OF ENTRY
FEB 2 0 2001

additional counsel for MFLC Partners, Michael R. Vales, Mirabeau Family Learning Center, Inc., and the Federal National Mortgage Association.

    Respectfully submitted,

A. GREGORY GRIMSAL (#6332)
MARCY V. MASSENGALE (#22512)
GORDON, ARATA, McCOLLAM,
  DUPLANTIS & EAGAN, L.L.P.
201 St. Charles Ave., 40th Floor
New Orleans, Louisiana 70170-4000
Phone: (504) 582-1111; Fax: 582-1121

By: _____
   A. Gregory Grimsal
   Bar Roll No. 6332

Attorneys for MFLC Partners, Michael R. Vales, Mirabeau Family Learning Center, Inc., and the Federal National Mortgage Association

**C E R T I F I C A T E**

I hereby certify that I have served a copy of the above and foregoing pleading on all counsel of record by placing a signed copy thereof in the United States mail, postage prepaid, on this 15th day of Feb., 2001.

_____
A. Gregory Grimsal (#6332)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MFLC PARTNERS, A LOUISIANA<br>PARTNERSHIP IN COMMENDAM | CIVIL ACTION<br>NO. 00-0379 |
| versus | SECTION "J" |
| RANDALL-MORGAN CONSTRUCTION<br>COMPANY, INC. | MAG. "1" |

### O R D E R

Considering the foregoing Motion to Enroll Additional Counsel,

IT IS ORDERED that Jennifer K. Conrad of the law firm of Gordon, Arata, McCollam, Duplantis & Eagan, L.L.P. be enrolled as additional counsel for MFLC Partners, Michael R. Vales, Mirabeau Family Learning Center, Inc., and the Federal National Mortgage Association .

NEW ORLEANS, LOUISIANA, this 16th day of February, 2001.

_____
UNITED STATES DISTRICT JUDGE

GAMD-NO-114521-1