FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 FEB 26 PM 12:28

LORETTA G. WHYTE
    CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MFLC PARTNERS, A LOUISIANA PARTNERSHIP IN COMMENDAM** | **CIVIL ACTION** <br> **NO. 00-0379** |
| **VERSUS** | **SECTION "J"** |
| **RANDALL-MORGAN CONSTRUCTION COMPANY, INC.** | **MAG. "1"** |

## MOTION FOR LEAVE
## TO FILE REPLY MEMORANDUM

NOW INTO COURT, through undersigned counsel, comes plaintiff, MFLC Partners, A Louisiana Partnership in Commendam ("MFLC"), which requests leave to file the attached Reply Memorandum in Support of Motion for Leave to File Second Amended Complaint.

GAMD-NO·114398-1

DATE OF ENTRY
MAR 1 2001

Respectfully submitted,

GORDON, ARATA, McCOLLAM
& DUPLANTIS, L.L.P.
201 St. Charles Avenue, Suite 4000
New Orleans, Louisiana 70170-4000
Telephone: (504) 582-1111

By: _Jennifer K. Conrad_
Jennifer K. Conrad (#26241)

Attorney for MFLC Partners, A Louisiana
Partnership in Commendam

## CERTIFICATE

I hereby certify that I have served a copy of the above and foregoing Motion for Leave to File Reply Memorandum on all counsel of record by telefax and by placing signed copies thereof in the United States mail, postage prepaid, on this 26 day of February, 2001.

_Jennifer K. Conrad_
Jennifer K. Conrad

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MFLC PARTNERS, A LOUISIANA<br>PARTNERSHIP IN COMMENDAM | CIVIL ACTION<br>NO. 00-0379 |
| VERSUS | SECTION "J" |
| RANDALL-MORGAN CONSTRUCTION<br>COMPANY, INC. | MAG. "1" |

## O R D E R

Considering the foregoing Motion for Leave to File Reply Memorandum

IT IS ORDERED that the Motion for Leave is GRANTED.

New Orleans, Louisiana, this 28 day of February, 2001.

_____
United States Magistrate Judge

GAMD-NO 114398-1                    -3-