

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAR -1 AM 8: 33

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MFLC PARTNERS, A LOUISIANA PARTNERSHIP IN COMMENDAM | CIVIL ACTION NO. 00-0379 |
| versus | SECTION "J" |
| RANDALL-MORGAN CONSTRUCTION COMPANY, INC. | MAG. "1" |

### MFLC'S REPLY MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

NOW INTO COURT, through undersigned counsel, comes MFLC Partners, plaintiff in the above-captioned matter, and respectfully submits this reply brief to Randall-Morgan's Opposition to its Motion for Leave to File a Second Amended Complaint.[1]

In its opposition, Randall-Morgan states that it will

---

[1] MFLC does not object to the untimeliness of Randall-Morgan's opposition brief.

GAMD-NO 114931-1



be prejudiced by the addition of the liquidated damages claim but fails to explain the prejudice. Indeed, the addition of the liquidated damages claim will not prejudice Randall-Morgan in any way, as trial is four months off, and no discovery has been conducted yet. Randall-Morgan's only complaint is that the motion was filed past the deadline.

As explained at length in MFLC's memorandum in support of its motion, delay does not constitute inherent prejudice. There is no such thing as inherent prejudice. See Dussouy v. Gulf Coast Investment Corp., 660 F.2d 594, 598 (5th Cir. 1981)(Delay alone is not sufficient reason to deny the amendment); Nance v. Gulf Oil Corp. 817 F.2d 1176 (5th Cir. 1987)(District court did not abuse its discretion by allowing plaintiff to add strict liability claim on the eve of trial). Furthermore, MFLC acted promptly to notify both the court and defendant of the additional claim as soon as it was discovered. Accordingly, MFLC respectfully requests that the court grant its Motion for Leave to File a Second Amended Complaint.

Respectfully submitted,

GORDON, ARATA, McCOLLAM,
  DUPLANTIS & EAGAN, L.L.P.
201 St. Charles Ave., 40th Floor
New Orleans, Louisiana  70170-4000
Telephone:  (504) 582-1111


By: *Jennifer K. Conrad*
    Jennifer K. Conrad (26241)

Attorney for MFLC Partners, a
Louisiana partnership in commendam


C E R T I F I C A T E

I hereby certify that I have served a copy of the above and foregoing pleading on all counsel of record by telefax and by placing signed copies thereof in the United States mail, postage prepaid, on this 26th day of February, 2001.

*Jennifer K. Conrad*
Jennifer K. Conrad

GAMD-NO:114931-1                    3