FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAR 13 P 4: 39

LORETTA G. WHYTE
CLERK

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| MFLC PARTNERS, A LOUISIANA PARTNERSHIP IN COMMENDAM | CIVIL ACTION NO. 00-0379 |
| Versus | SECTION "J" |
| RANDALL-MORGAN CONSTRUCTION COMPANY, INC. | MAG. 1 |

### STATEMENT REGARDING ORAL ARGUMENT

Pursuant to Local Rule 78.1, movers respectfully submit that oral argument should be heard on their motion for summary judgment so that they may have an opportunity to address any questions the Court may have about the matter.

GAMD-NO:107541-3

Fee ___
Process ___
X Dktd ___
✓ CtRmDep
Doc.No. ___

Respectfully submitted,

A. GREGORY GRIMSAL (#6332)
MARCY V. MASSENGALE (#22512)
JENNIFER K. CONRAD (#26241)
GORDON, ARATA, McCOLLAM
 & DUPLANTIS, L.L.P.
201 St. Charles Avenue
Suite 4000
New Orleans, Louisiana 70170-4000
Telephone: (504) 582-1111

By: /s/ A. Gregory Grimsal
    A. GREGORY GRIMSAL (#6332)

Attorneys for Mirabeau Family Learning Center, Inc., Federal National Mortgage Association, Michael R. Vales and MFLC Partners, A Louisiana Partnership in Commendam

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MFLC PARTNERS, A LOUISIANA<br>PARTNERSHIP IN COMMENDAM<br><br>Versus<br><br>RANDALL-MORGAN CONSTRUCTION<br>COMPANY, INC. | CIVIL ACTION NO. 00-0379<br><br>SECTION "J"<br><br>MAG. 1 |

## C E R T I F I C A T E

I certify that I have served a copy of the above and foregoing Motion for Summary Judgment, Supporting Memorandum, Statement of Uncontested Facts, Statement Regarding Oral Argument and Notices of Hearing on defendant's counsel of record by telefax and by placing signed copies thereof in the United States mail, postage prepaid, on this 13th day of March, 2001.

_____
A. Gregory Grimsal

GAMD-NO:107541-3