FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAR 15 AM 11: 20

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
BARBIER, J.
MARCH 14, 2001

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MFLC PARTNERS                                      CIVIL ACTION

VERSUS                                             NO: 00-379

RANDALL-MORGAN CONSTRUCTION CO.                    SECTION: "J"(1)

**IT IS ORDERED** that oral argument is **SET** for **Wednesday, March 28, 2001, at 10:30 a.m.** on plaintiff's Motion for Summary Judgment (Rec. Doc. 35).

* * * * * *



DATE OF ENTRY
MAR 1 5 2001