```
                FILED
         U.S. DISTRICT COURT
       EASTERN DISTRICT OF LA

         2001 MAR 20  AM 11: 53

           LORETTA G. WHYTE
                CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MFLC PARTNERS, A LOUISIANA<br>PARTNERSHIP IN COMMENDAM | * * * | CIVIL ACTION NO. 00-0379 |
| | * | SECTION "J" |
| Versus | * * | |
| | * | MAG. 1 |
| RANDALL-MORGAN CONSTRUCTION<br>COMPANY, INC. | * * | |

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

### Motion And Order To Enroll Additional Counsel Of Record

**Now Into Court,** through undersigned counsel, comes defendant, Randall-Morgan Construction, Inc., who moves to enroll Zara Zeringue associated with the law firm of Halpern, Danner, Martin & Miles, L.L.C, in addition to David J. Halpern, Jill A. Gautreaux, and Maryann G. Hoskins of the same firm.

DATE OF ENTRY

MAR 2 2 2001

1

Respectfully submitted,

*[signature]*

David J. Halpern, (Bar No. 6452)
Jill A. Gautreaux (Bar No. 23750)
Maryann G. Hoskins (Bar No. 20869)
Halpern, Danner, Martin &Miles, L.L.C.
3900 North Causeway Boulevard
One Lakeway Center, Suite 605
Metairie, Louisiana 70002
Telephone: (504) 835-6705

Attorneys for Defendant, Randall-Morgan Construction, Inc.

### Certificate of Service

I hereby certify that a copy of the foregoing pleading has been served upon all counsel of record, by placing same in the United States mail, properly addressed and postage prepaid on March 19, 2001.

*[signature]*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MFLC PARTNERS, A LOUISIANA PARTNERSHIP IN COMMENDAM | * * * | CIVIL ACTION NO. 00-0379 |
| | * | SECTION "J" |
| Versus | * | |
| | * | MAG. 1 |
| RANDALL-MORGAN CONSTRUCTION COMPANY, INC. | * * | |

## ORDER

**IT IS ORDERED** that Zara Zeringue associated with the law firm of Halpern, Danner, Martin & Miles, L.L.C be hereby admitted as additional counsel of record on behalf of Randall-Morgan Construction Company, Inc., in addition to David J. Halpern, Jill A. Gautreaux, Maryann G. Hoskins of the same firm,

New Orleans, Louisiana, this _____ day of March, 2001.

_____
JUDGE

1