UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MFLC PARTNERS, ETC. | CIVIL ACTION |
| VERSUS | NUMBER: 00-379 |
| RANDALL-MORGAN CONSTRUCTION CO, INC., ET AL | SECTION: J (1) |
| COURTROOM DEPUTY:<br>EILEEN STENSRUD | COURT REPORTER:<br>PAT RALPH |

WEDNESDAY, MARCH 28, 2001   10 A.M.
JUDGE CARL J. BARBIER PRESIDING

PLAINTIFF AND COUNTER-DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (35):

Argued; ORDERED DENIED without prejudice.

DATE OF ENTRY
MAR 2 8 2001

ATTORNEYS: A. Gregory Grimsal, Esq., for plaintiff & counter-defendant
Zara Zeringue, Atty at Law, and Bruce Danner, Esq., for defendant

Fee
Process
X/Dktd
CtRmDep
Doc.No. 41