FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAR 28  PM 1: 54

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
BARBIER, J.
MARCH 27, 2001

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MFLC PARTNERS                                CIVIL ACTION

VERSUS                                       NO: 00-379

RANDALL-MORGAN CONSTRUCTION CO.              SECTION: "J"(1)

    **IT IS ORDERED** that oral argument on plaintiff's Motion for
Summary Judgment (Rec. Doc. 35) is **RE-SET** for **10:00 a.m.** on
Wednesday, March 28, 2001.

* * * * * *

DATE OF ENTRY

MAR 2 8 2001

Doc.No. 42