

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MFLC PARTNERS, A LOUISIANA<br>PARTNERSHIP IN COMMENDAM | CIVIL ACTION<br>NO. 00-0379 |
| VERSUS | SECTION "J" |
| RANDALL-MORGAN CONSTRUCTION<br>COMPANY, INC. | MAG. "1" |

### MOTION FOR LEAVE
### TO FILE REPLY MEMORANDUM

NOW INTO COURT, through undersigned counsel, come Plaintiff and Counterdefendant MFLC Partners, and Counterdefendants Mirabeau Family Learning Center, Inc., Michael Vales, and the Federal National Mortgage Association, which request leave to file the attached Reply Memorandum in Support of their Motion for Summary Judgment in order that they may address issues raised in Defendant's opposition memorandum.

DATE OF ENTRY
MAR 2 8 2001

GAMD-NO-115962-1

Respectfully submitted,

A. GREGORY GRIMSAL (#6332)
GORDON, ARATA, McCOLLAM
 & DUPLANTIS, L.L.P.
201 St. Charles Avenue, Suite 4000
New Orleans, Louisiana  70170-4000
Telephone:  (504) 582-1111

By: _____
    A. GREGORY GRIMSAL (#6332)


Attorney for MFLC Partners, a
Louisiana Partnership in Commendam,
Mirabeau Family Learning Center,
Inc., Michael Vales, and the
Federal National Mortgage
Association


**CERTIFICATE**

I hereby certify that I have served a copy of the above and foregoing Motion for Leave to File Reply Memorandum on all counsel of record by telefax and by placing signed copies thereof in the United States mail, postage prepaid, on this 27th day of March, 2001.

_____
A. Gregory Grimsal

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MFLC PARTNERS, A LOUISIANA<br>PARTNERSHIP IN COMMENDAM | CIVIL ACTION<br>NO. 00-0379 |
| VERSUS | SECTION "J" |
| RANDALL-MORGAN CONSTRUCTION<br>COMPANY, INC. | MAG. "1" |

### ORDER

Considering the foregoing Motion for Leave to File Reply Memorandum,

IT IS ORDERED that the Motion for Leave to File Reply Memorandum is hereby GRANTED.

New Orleans, Louisiana, this 27th day of March, 2001.

_____
UNITED STATES DISTRICT JUDGE

GAMD-NO:115962-1