```
                          FILED
                   U.S. DISTRICT COURT
                EASTERN DISTRICT OF LA

                   2001 MAR 27 AM 11:54

                   LORETTA G. WHYTE
                         CLERK
```

United States District Court

Eastern District of Louisiana

| | | |
|---|---|---|
| **MFLC Partners, A Louisiana Partnership In Commendam** | * | Civil Action No. 00-0379 |
| | * | |
| | * | Section "J" |
| **Versus** | * | |
| | * | Mag. 1 |
| **Randall-Morgan Construction Company, Inc.** | * | |

## Motion And Order To Enroll Additional Counsel Of Record

**Now Into Court**, through undersigned counsel, comes defendant, Randall-Morgan Construction Company, Inc., who moves to enroll Bruce M. Danner and Maryann G. Hoskins of the law firm of *Halpern, Danner, Martin & Miles, L.L.C.* as counsel on behalf of defendant, in addition to David J. Halpern, Jill A. Gautreaux and Zara L. Zeringue, of the law firm of *Halpern, Danner, Martin & Miles, L.L.C.*

Respectfully submitted,

_____
David J. Halpern, (Bar No. 6452)
Jill A. Gautreaux (Bar No. 23750)
*Halpern, Danner, Martin &Miles, L.L.C.*
3900 North Causeway Boulevard
One Lakeway Center, Suite 605
Metairie, Louisiana 70002
Telephone: (504) 835-6705
Attorneys for Defendant, Randall-Morgan Construction, Inc.

DATE OF ENTRY
MAR 2 9 2001

Fee_____
Process___
X Dktd_____
_ CtRmDep___
Doc.No._45_

## Certificate of Service

I hereby certify that a copy of the foregoing pleading has been served upon all counsel of record, by placing same in the United States mail, properly addressed and postage prepaid on March 27, 2001.



United States District Court

Eastern District of Louisiana

| | | |
|---|---|---|
| **MFLC Partners, A Louisiana Partnership In Commendam** | * * * | Civil Action No. 00-0379 |
| | * | Section "J" |
| **Versus** | * | |
| | * | Mag. 1 |
| **Randall-Morgan Construction Company, Inc.** | * * | |

## Order

**It Is Ordered, Adjudged And Decreed** that Bruce M. Danner and Maryann G. Hoskins of the law firm of *Halpern, Danner, Martin & Miles* be, and the same are hereby enrolled as additional counsel of record for Defendant, Randall-Morgan Construction Company, Inc.

New Orleans, Louisiana, this 27th day of March, 2001.

_____
Judge