FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 APR -3 PM 1:14

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
BARBIER, J.
MARCH 30, 2001

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MFLC PARTNERS                                                CIVIL ACTION

VERSUS                                                       NO: 00-379

RANDALL-MORGAN CONSTRUCTION CO.                              SECTION: "J"(1)

In accordance with the Court's instructions issued at oral argument on March 28, 2001, counsel for both sides informed the Court, at an impromptu telephone status conference held this date, that the parties were amenable to engaging in commercial mediation in an attempt to amicably resolve this matter. Based upon this representation, the Court agreed to continue the trial date so that the parties would have sufficient time to effectively mediate their claims. The Court also instructed counsel to jointly submit a proposed discovery scheduling order specifically detailing the types and dates of discovery that will take place prior to the mediation. Accordingly;

DATE OF ENTRY
APR -3 2001

**IT IS ORDERED** that the jury trial in this matter is CONTINUED to <u>**October 15, 2001, at 8:30 a.m.**</u>;

**IT IS FURTHER ORDERED** that the final pre-trial conference is **RE-SET** for <u>**Thursday, September 20, 2001, at 2:00 p.m.**</u>;

**IT IS FURTHER ORDERED** that counsel submit a joint discovery scheduling order within <u>**fifteen (15) days**</u> of entry of this order.

\* \* \* \* \*