```
                                        FILED
                                  U.S. DISTRICT COURT
                                 EASTERN DISTRICT OF LA

                                 2001 APR 19  AM 10: 36
                                    APR 1 9 2001
                                  LORETTA G. WHYTE
                                        CLERK
```

MINUTE ENTRY
BARBIER, J.
APRIL 18, 2001

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MFLC PARTNERS                                CIVIL ACTION

VERSUS                                       NO: 00-379

RANDALL-MORGAN CONSTRUCTION CO.              SECTION: "J"(1)

**IT IS ORDERED** that the previous deadline set for counsel to submit a joint discovery scheduling order (Rec. Doc. 46) is extended to **Friday, April 27, 2001**.

\* \* \* \* \*

DATE OF ENTRY
APR 1 9 2001