

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MFLC PARTNERS, A LOUISIANA<br>PARTNERSHIP IN COMMENDAM | * * * | CIVIL ACTION NO. 00-0379 |
| | * | SECTION "J" |
| Versus | * | |
| | * | MAG. 1 |
| RANDALL-MORGAN CONSTRUCTION<br>COMPANY, INC. | * * | |

### Ex Parte/ Consent Motion, Incorporated Memorandum And Order
### For an Extension of Time within which to Respond to Discovery

**Now Into Court,** through undersigned counsel, comes defendant, Randall-Morgan Construction Company, Inc., who respectfully requests that the Court extend the time within which it has to file its responses to discovery propounded on behalf of MFLC Partners, Mirabeau Family Learning Center, Inc., Federal National Mortgage Association, and Michael Vales under Local Rule 7.9 for the following reasons:

I.

On March 24, 2001, plaintiffs, MFLC Partners, Mirabeau Family Learning Center, Inc., Federal National Mortgage Association, and Michael Vales, propounded a set of Interrogatories,

DATE OF ENTRY
APR 2 5 2001

Request for Production of Documents, and Request for Admissions upon plaintiff, Randall-Morgan Construction Company, Inc.

II.

The discovery propounded requires the preparation of extensive responses and is document intensive.

III.

The responses to the Interrogatories, Request for Production of Documents, and Requests for Admission are due on April 25, 2001.

IV.

Defendant's representative who will assist in responding to the discovery is not presently well and thus, more time is needed to adequately prepare the responses.

V.

Defendant requests a ten (10) day extension causing the discovery responses to be due on May 5, 2001.

VI.

Counsel for plaintiffs has been notified and does not have an objection to the extension.

VII.

There has been no previous request for an extension of time to respond to this discovery.

VIII.

Defendant requests that an extension of time be granted without any prejudice or waiver of any objections on the grounds that the objections, if any, were not timely.

**WHEREFORE**, it is respectfully requested that this Honorable Court grant mover an additional ten (10) days within which to respond to plaintiff's Interrogatories, Request for Production of Documents, and Request for Admission without any prejudice or waiver of any objections, if any, on the grounds that the objections were not timely.

Respectfully submitted,

*[signature]*

David J. Halpern, (Bar No. 6452)
Bruce M. Danner (Bar No. 4496)
Jill A. Gautreaux (Bar No. 23750)
Maryann G. Hoskins (Bar No. 20869)
Zara Zeringue (Bar No. 22901)

Halpern, Danner, Martin &Miles, L.L.C.
3900 North Causeway Boulevard
One Lakeway Center, Suite 605
Metairie, Louisiana 70002
Telephone: (504) 835-6705

Attorneys for Defendant, Randall-Morgan Construction, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon counsel for all parties by placing a copy of the same in the United States Mails, to each properly addressed and postage pre-paid on this 20th day of April, 2001.

*[signature]*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MFLC PARTNERS, A LOUISIANA PARTNERSHIP IN COMMENDAM | * * * | CIVIL ACTION NO. 00-0379 |
| | | SECTION "J" |
| Versus | * * | |
| | | MAG. 1 |
| RANDALL-MORGAN CONSTRUCTION COMPANY, INC. | * * | |

## ORDER

Considering the foregoing *Motion and Incorporated Memorandum for Extension of Time in which to respond to Discovery Under Local Rule 7.9*;

IT IS ORDERED BY THE COURT that this Motion be and is granted and that Defendant, Randall-Morgan Construction Company, Inc., is permitted an additional ten (10) days within which to respond to Interrogatories, Requests for Production of Documents, and Request for Admission propounded on behalf of plaintiffs without any prejudice or waiver of any objections, if

any, on the grounds that the objections were not timely.

**NEW ORLEANS, LOUISIANA** this 24 day of April, 2001.

_____
U.S. MAGISTRATE JUDGE

### Certificate of Service

I hereby certify that a copy of the foregoing pleading has been served upon all counsel of record, by placing same in the United States mail, properly addressed and postage prepaid on April 10, 2001.

_____