FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 APR 30 PM 1: 13

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MFLC PARTNERS, A LOUISIANA PARTNERSHIP IN COMMENDAM | CIVIL ACTION<br>NO. 00-0379 |
| versus | SECTION "J" |
| RANDALL-MORGAN CONSTRUCTION COMPANY, INC. | MAG. "1" |

---

## DISCOVERY SCHEDULING ORDER

As reflected in the Court's Minute Entry of March 30, 2001, the parties hereto have agreed to engage in commercial mediation to attempt to resolve this matter in an amicable manner. Pursuant to the Court's instructions in that Minute Entry, the parties have agreed upon discovery to be taken before the mediation.

Accordingly, **IT IS ORDERED** that the following schedule will govern the parties' discovery to be conducted in advance of the mediation:

(1) Plaintiff's First Set of Interrogatories, First Set of Requests for Production of Documents, and First Requests for Admissions - Pursuant to Judge Shushan's Order of April 24, 2001: **Responses and objections (if any) due May 7, 2001**

(2) Defendant's First Set of Written Discovery Requests (not yet propounded) - **Responses and objections (if any) due within 30 days of receipt by Plaintiff/Counterdefendants**

DATE OF ENTRY

MAY - 1 2001

Doc. No. 50

(3)  Deposition of Michael Vales - **June 12, 2001**

(4)  Deposition of Ben Etheridge - **June 26, 2001**

(5)  Deposition of Leo Massey - **date to be mutually agreed upon, but not later than June 25, 2001**

**IT IS FURTHER ORDERED** that the mediation will occur not later than **August 10, 2001**.

New Orleans, Louisiana, this ___30th___ day of ___April___, 2001.

_____
UNITED STATES DISTRICT JUDGE