FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 APR 30 PM 3:04

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MFLC PARTNERS, A LOUISIANA PARTNERSHIP IN COMMENDAM | * * * | CIVIL ACTION NO. 00-0379 |
| Versus | * * | SECTION "J" |
| RANDALL-MORGAN CONSTRUCTION COMPANY, INC. | * * | MAG. 1 |

**MOTION FOR EXPEDITED HEARING**

**NOW INTO COURT**, comes defendant, Randall-Morgan Construction Co., Inc., (Randall-Morgan), who respectfully request that this Honorable Court order an expedited hearing on its Motion for a Second Extension of Time within which to Respond to Discovery for the following reasons:

I.

MLC Partners, Mirabeau Family Learning Center, Inc., Federal National Mortgage Association, and Michael Vales propounded discovery upon Randall-Morgan Construction Co., Inc.

II.

The responses were originally due on April 25, 2001.

1

DATE OF ENTRY
MAY 0 1 2001

III.

Due to the illness of the person designated to compile the information on behalf of Randall-Morgan, Randall-Morgan requested a ten (10) day extension, which was granted.

IV.

The responses are presently due on May 5, 2001 which is a Saturday.

V.

However, due to the reasons set forth in the Motion for Second Extension of Time within which to Respond to Discovery, Randall-Morgan seeks another ten (10) day extension.

VI.

Since plaintiffs' counsel failed to offer his consent, Randall-Morgan is obliged to file its motion and set the matter for hearing. However, because the requirement that the opposing party be given notice of the hearing no later then fifteen days before the hearing is set, the hearing on this issue would be after the due date for discovery responses, May 5, 2001.

VII.

Thus, Randall-Morgan requests that the hearing on its motion for extension be expedited and set for this Wednesday, May 2, 2001.

**WHEREFORE**, it is respectfully requested that defendant's, Randall-Morgan Construction Co., Inc., Motion for Expedited Hearing on its Motion for Second Extension of Time within which to Respond to Discovery be granted and heard on May 2, 2001.

Respectfully submitted,

_____
David J. Halpern, (Bar No. 6452)
Bruce M. Danner (Bar No. 4496)
Jill A. Gautreaux (Bar No. 23750)
Maryann G. Hoskins (Bar No. 20869)
Zara Zeringue (Bar No. 22901)

Halpern, Danner, Martin &Miles, L.L.C.
3900 North Causeway Boulevard
One Lakeway Center, Suite 605
Metairie, Louisiana 70002
Telephone: (504) 835-6705

Attorneys for Defendant, Randall-Morgan
Construction, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon counsel for all parties by facsimile and by placing a copy of the same in the United States Mails, to each properly addressed and postage pre-paid on this _____ day of _____, 2001.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MFLC PARTNERS, A LOUISIANA PARTNERSHIP IN COMMENDAM | * * * | CIVIL ACTION NO. 00-0379 |
| Versus | * * | SECTION "J" |
| RANDALL-MORGAN CONSTRUCTION COMPANY, INC. | * * * | MAG. 1 |

## ORDER

Considering the above and foregoing Motion:

**IT IS HEREBY ORDERED** that the Motion for Expedited Hearing is granted and such hearing is set for the 4th day of May, 2001, and considered on briefs.

**NEW ORLEANS, LOUISIANA** this 30th day of April, 2001.

_____
U.S. MAGISTRATE JUDGE