FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAY -7 AM 9:19

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
SHUSHAN, M.J.
MAY 7, 2001

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MFLC PARTNERS, A LOUISIANA PARTNERSHIP IN COMMENDAM | CIVIL ACTION |
| VERSUS | NO: 00-0379 |
| RANDALL MORGAN CONSTRUCTION COMPANY, INC. | SECTION: "J"(1) |

### HEARING ON MOTION

APPEARANCES:     Submitted on briefs

MOTION:     MOTION FOR SECOND EXTENSION OF TIME

**GRANTED**

Before the undersigned is the motion of the defendant, Randall-Morgan Construction Company, Inc. ("Randall-Morgan"), for a second extension of time with which to respond to discovery. Rec. doc. 52. Randall-Morgan shows that its responses were originally due on April 25, 2001. It obtained one 10 day extension to respond until May 5, 2001. Rec. doc. 49. It seeks a

DATE OF ENTRY
MAY 0 7 2001

Fee____
Process____
X /Dktd____
_/CtRmDep____
Doc.No.____

second 10 day extension and in support shows that additional time is necessary to complete the copying of the documents and their identification with the individual discovery requests.

Randall-Morgan's second request for an extension was filed on April 30, 2001, and set for hearing on expedited basis on May 4, 2001. Rec. doc. 51. The parties requesting the documents have not filed any opposition, even though Randall-Morgan states that counsel has refused to consent to the extension. While the undersigned does not consider Randall-Morgan's request for an extension unopposed, it does find that its request for a second 10 day extension in this case involving many documents is reasonable.

It is ORDERED that Randall-Morgan's request for an additional ten (10) days until May 15, 2001, within which to respond to Interrogatories, Requests for Production of Documents, and Request for Admissions served by plaintiff is GRANTED.

SALLY SHUSHAN
United States Magistrate Judge