

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MFLC PARTNERS, A LOUISIANA<br>PARTNERSHIP IN COMMENDAM | * * * | CIVIL ACTION NO. 00-0379<br><br>SECTION "J" |
| Versus | * * | MAG. 1 |
| RANDALL-MORGAN CONSTRUCTION<br>COMPANY, INC. | * * | |

### MOTION FOR EXPEDITED HEARING
### ON RANDALL-MORGAN'S REQUEST FOR LEAVE
### TO PROPOUND MORE THAN TWENTY-FIVE
### INTERROGATORIES UPON MFLC PARTNERS

**NOW INTO COURT**, comes defendant, Randall-Morgan Construction Co., Inc., (Randall-Morgan), who respectfully requests that this Honorable Court order an expedited hearing on its Motion for Leave to Propound More than Twenty-Five Interrogatories upon MFLC Partners for the following reasons:

I.

The motion for leave concerns the first set of Interrogatories sought to be propounded upon

MFLC Partners vs. Randall-Morgan
USDC No. 00-0379 Sect. J, Mag. 1
Motion for Expedited Hearing on
Motion for Leave to Propound in Excess of
Twenty-five Interrogatories upon MFLC Partners
Page - 1

DATE OF ENTRY
MAY 1 4 2001

this party. This case concerns an extensive government involved construction contract dispute involving in excess of 1.4 million dollars and spanning over a three year time period. There are five different persons and/or entities involved in this litigation.

II.

The trial of this matter is set for October 15, 2001 and a commercial mediation is scheduled to occur in mid-August. These Interrogatories in excess of twenty-five shall further the likelihood of settlement by defining the issues and understanding the basis and support of the allegations.

III.

Additionally, there are depositions scheduled for June 12th and June 26th. The depositions shall be more effective if the discovery responses are received prior thereto. If the hearing on the Motion for Leave is not expedited, the responses may be delayed.

IV.

Thus, Randall-Morgan requests that the hearing on its motion for leave be expedited and set for this Wednesday, May 16, 2001.

**WHEREFORE**, it is respectfully requested that defendant's, Randall-Morgan Construction Co., Inc., Motion for Expedited Hearing on its Motion for Leave to Propound in Excess of Twenty-

MFLC Partners vs. Randall-Morgan
USDC No. 00-0379 Sect. J, Mag. 1
Motion for Expedited Hearing on
Motion for Leave to Propound in Excess of
Twenty-five Interrogatories upon MFLC Partners
Page - 2

Five Interrogatories upon MFLC Partners be granted and heard on May 16, 2001.

                                         Respectfully submitted,

                                         _____
                                         David J. Halpern (Bar No. 6452)
                                         Bruce M. Danner (Bar No. 4496)
                                         Jill A. Gautreaux (Bar No. 23750)
                                         Maryann G. Hoskins (Bar No. 20869)
                                         Zara Zeringue (Bar No. 22901)

                                         Halpern, Danner, Martin &Miles, L.L.C.
                                         3900 North Causeway Boulevard
                                         One Lakeway Center, Suite 605
                                         Metairie, Louisiana 70002
                                         Telephone: (504) 835-6705

                                         Attorneys for Defendant, Randall-Morgan
                                         Construction, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon counsel for all parties by facsimile and by placing a copy of the same in the United States Mails, to each properly addressed and postage pre-paid on this _____ day of _____, 2001.

                                         _____

MFLC Partners vs. Randall-Morgan
USDC No. 00-0379 Sect. J, Mag. 1
Motion for Expedited Hearing on
Motion for Leave to Propound in Excess of
Twenty-five Interrogatories upon MFLC Partners
Page - 3

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MFLC PARTNERS, A LOUISIANA PARTNERSHIP IN COMMENDAM | * * * | CIVIL ACTION NO. 00-0379 |
| Versus | * * | SECTION "J" |
| RANDALL-MORGAN CONSTRUCTION COMPANY, INC. | * * * | MAG. 1 |

## ORDER

Considering the above and foregoing Motion:

**IT IS HEREBY ORDERED** that the Motion for Expedited Hearing is hereby granted. All oppositions must be filed by the _16th_ day of May, 2001 and such hearing is set for the _18th_ day of May, 2001, upon the briefs.

**NEW ORLEANS, LOUISIANA** this _11th_ day of May, 2001.

_____
U.S. MAGISTRATE JUDGE

MFLC Partners vs. Randall-Morgan
USDC No. 00-0379 Sect. J, Mag. 1
Motion for Expedited Hearing on
Motion for Leave to Propound in Excess of
Twenty-five Interrogatories upon MFLC Partners
Page - 4