```
                                    FILED
                             U.S. DISTRICT COURT
                            EASTERN DISTRICT OF LA

                             2001 MAY 14  PM 2:25

                              LORETTA G. WHYTE
                                   CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MFLC PARTNERS, A LOUISIANA PARTNERSHIP IN COMMENDAM | * * * | CIVIL ACTION NO. 00-0379 |
| Versus | * * | SECTION "J" |
| RANDALL-MORGAN CONSTRUCTION COMPANY, INC. | * * * | MAG. 1 |

**MOTION FOR EXPEDITED HEARING
ON RANDALL-MORGAN'S REQUEST FOR LEAVE
TO PROPOUND MORE THAN TWENTY-FIVE INTERROGATORIES
UPON MIRABEAU FAMILY LEARNING CENTER, INC.**

**NOW INTO COURT**, comes defendant, Randall-Morgan Construction Co., Inc., (Randall-Morgan), who respectfully requests that this Honorable Court order an expedited hearing on its Motion for Leave to Propound More than Twenty-Five Interrogatories upon Mirabeau Family Learning Center, Inc. for the following reasons:

I.

The motion for leave concerns the first set of Interrogatories sought to be propounded upon

MFLC Partners vs. Randall-Morgan
USDC No. 00-0379 Sect. J, Mag. 1
Motion for Expedited Hearing on
Motion for Leave to Propound More than
Twenty-five Interrogatories upon Mirabeau Family Learning Center
Page - 1

DATE OF ENTRY
MAY 1 8 2001

this party. This case concerns an extensive government involved construction contract dispute involving in excess of 1.4 million dollars and spanning over a three year time period. There are five different persons and/or entities involved in this litigation.

II.

The trial of this matter is set for October 15, 2001 and a commercial mediation is scheduled to occur in mid-August. These Interrogatories in excess of twenty-five shall further the likelihood of settlement by defining the issues and understanding the basis and support of the allegations.

III.

Additionally, there are depositions scheduled for June 12th and June 26th. The depositions shall be more effective if the discovery responses are received prior thereto. If the hearing on the Motion for Leave is not expedited, the responses may be delayed.

IV.

Thus, Randall-Morgan requests that the hearing on its motion for leave be expedited and set for this Friday, May 18, 2001.

**WHEREFORE**, it is respectfully requested that defendant's, Randall-Morgan Construction Co., Inc., Motion for Expedited Hearing on its Motion for Leave to Propound More than Twenty-

MFLC Partners vs. Randall-Morgan
USDC No. 00-0379 Sect. J, Mag. 1
Motion for Expedited Hearing on
Motion for Leave to Propound More than
Twenty-five Interrogatories upon Mirabeau Family Learning Center
Page - 2

Five Interrogatories upon Mirabeau Family Learning Center, Inc. be granted and heard on May 18, 2001.

                                                        Respectfully submitted,

                                                    _____
David J. Halpern, (Bar No. 6452)
Bruce M. Danner (Bar No. 4496)
Jill A. Gautreaux (Bar No. 23750)
Maryann G. Hoskins (Bar No. 20869)
Zara Zeringue (Bar No. 22901)

Halpern, Danner, Martin &Miles, L.L.C.
3900 North Causeway Boulevard
One Lakeway Center, Suite 605
Metairie, Louisiana 70002
Telephone: (504) 835-6705

Attorneys for Defendant, Randall-Morgan Construction, Inc.

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon counsel for all parties by facsimile and by placing a copy of the same in the United States Mails, to each properly addressed and postage pre-paid on this 14th day of May, 2001.

                                                  _____

MFLC Partners vs. Randall-Morgan
USDC No. 00-0379 Sect. J, Mag. 1
Motion for Expedited Hearing on
Motion for Leave to Propound More than
Twenty-five Interrogatories upon Mirabeau Family Learning Center
Page - 3

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MFLC PARTNERS, A LOUISIANA PARTNERSHIP IN COMMENDAM | * * * | CIVIL ACTION NO. 00-0379 |
| Versus | * * | SECTION "J" |
| RANDALL-MORGAN CONSTRUCTION COMPANY, INC. | * * | MAG. 1 |

## ORDER

Considering the above and foregoing Motion:

**IT IS HEREBY ORDERED** that the Motion for Expedited Hearing is hereby granted. All oppositions must be filed by the _____ day of May, 2001 and such hearing is set for the _____ day of May, 2001, upon the briefs.

**NEW ORLEANS, LOUISIANA** this __18__ day of May, 2001.

*See minute Entry dated this date.*

_____
U.S. MAGISTRATE JUDGE

MFLC Partners vs. Randall-Morgan
USDC No. 00-0379 Sect. J, Mag. 1
Motion for Expedited Hearing on
Motion for Leave to Propound More than
Twenty-five Interrogatories upon Mirabeau Family Learning Center
Page - 4