

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MFLC PARTNERS, A LOUISIANA<br>PARTNERSHIP IN COMMENDAM | *<br>*<br>* | CIVIL ACTION NO. 00-0379<br><br>SECTION "J" |
| Versus | *<br>* | <br>MAG. 1 |
| RANDALL-MORGAN CONSTRUCTION<br>COMPANY, INC. | *<br>* | |

### Motion, Incorporated Memorandum And Order
### For Leave to Propound More than Twenty-Five Interrogatories Upon
### Mirabeau Family Learning Center, Inc.

**Now Into Court,** through undersigned counsel, comes defendant, Randall-Morgan Construction Company, Inc., (Randall-Morgan) who respectfully requests that the Court allow them to propound more than twenty-five Interrogatories upon Mirabeau Family Learning Center, Inc. (Mirabeau) for the following reasons:

I.

This case concerns an extensive government involved construction contract dispute involving in excess of 1.4 million dollars and spanning over a three year time period. There are five different

MFLC Partners vs. Randall-Morgan
USDC No. 00-0379 Sect. J, Mag. 1
Motion for Leave to Propound More than
Twenty-five Interrogatories upon Mirabeau
Page - 1

persons and/or entities involved in this litigation. This is the first set of Interrogatories sought to be propounded upon this party. The trial of this matter is set for October 15, 2001 and a commercial mediation is scheduled to occur in mid-August. These Interrogatories in excess of twenty-five shall further the likelihood of settlement by defining the issues and understanding the basis and support of the allegations.

II.

*Federal Rule of Civil Procedure Rule 33* provides that a party may serve interrogatories on any other party not exceeding 25 in number, including all discrete subparts. Leave to serve additional interrogatories will be granted to the extent consistent with the principles of *Federal Rule of Civil Procedure Rule 26(b)(2)*.

III.

Randall-Morgan seeks to propounded a total of 31 Interrogatories, with some sub-parts, upon Mirabeau (Exhibit 1). These Interrogatories are not duplicative or unreasonably cumulative.

IV.

Randall-Morgan filed a claim against Mirabeau for its involvement in the failure to pay

MFLC Partners vs. Randall-Morgan
USDC No. 00-0379 Sect. J, Mag. 1
Motion for Leave to Propound More than
Twenty-five Interrogatories upon Mirabeau
Page - 2

Randall-Morgan for the work performed on the Project. In response, Mirabeau filed an Answer to Randall-Morgan's First Amended Counter-Claim, a First Amended Answer to Randall-Morgan's First Amended Counter-Claim, and a Second Amended Answer to Randall-Morgan's First Amended Counter-Claim asserting eleven different affirmative defenses.

V.

Randall-Morgan's Interrogatories primarily concern the foundation for these eleven affirmative defenses along with questions concerning the actions of its officer and director, Michael Vales. Thus, considering the importance of the issues at stake in this litigation and the importance of the proposed discovery in resolving the issues such leave to propound in excess of twenty-five Interrogatories should be granted.

VI.

The aim of *Rule 33's* limit on the number of interrogatories is not to prevent needed discovery, but to provide judicial scrutiny before parties make potentially excessive use of this discovery device. In many cases, it will be appropriate for the court to permit a larger number of interrogatories. *10 Fed.Proc. Sec. 26:374(1994)(Treatise Main Volume)*.

A rule limiting the number of interrogatories is not intended to frustrate legitimate

MFLC Partners vs. Randall-Morgan
USDC No. 00-0379 Sect. J, Mag. 1
Motion for Leave to Propound More than
Twenty-five Interrogatories upon Mirabeau
Page - 3