FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAY 18 PM 2:23

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
SHUSHAN, M.J.
MAY 18, 2001

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MFLC PARTNERS, A LOUISIANA PARTNERSHIP IN COMMENDAM | CIVIL ACTION |
| VERSUS | NO: 00-0379 |
| RANDALL MORGAN CONSTRUCTION COMPANY, INC. | SECTION: "J"(1) |

### HEARING ON MOTION

APPEARANCES:    Submitted on briefs

MOTIONS:

MOTION FOR LEAVE TO PROPOUND MORE THAN TWENTY-FIVE INTERROGATORIES UPON MFLC PARTNERS

   **GRANTED**

MOTION FOR LEAVE TO PROPOUND MORE THAN TWENTY-FIVE INTERROGATORIES UPON MIRABEAU FAMILY LEARNING CENTER, INC.

   **GRANTED**

DATE OF ENTRY
MAY 1 8 2001

Fee
Process
x / Dktd
CtRmDep
Doc.No.

MOTION FOR LEAVE TO PROPOUND MORE THAN TWENTY-FIVE INTERROGATORIES UPON MICHAEL VALES

**GRANTED**

MOTION FOR LEAVE TO PROPOUND MORE THAN TWENTY-FIVE INTERROGATORIES UPON FANNIE MAE

**GRANTED**

Before the undersigned is the motion of the defendant, Randall-Morgan Construction Company, Inc. ("Randall-Morgan"), for leave to propound more than twenty-five interrogatories upon MFLC Partners, a Louisiana Partnership in Commendam ("MFLC Partners"). At the request of Randall-Morgan the motion was set for expedited hearing on May 18, 2001. Rec. doc. 54. Although a time for a response was not specified, no opposition was received to this motion. Since the filing, Randall Morgan has filed three similar motions seeking the same relief concerning Mirabeau Family Learning Center, Inc., Michael Vales and Federal National Mortgage Association ("Fannie Mae") and has sought expedited hearing on these motions.

In each instance the interrogatories are similar. With respect to MFLC Partners, Randall-Morgan seeks leave for 37 interrogatories. At least five of these request information that would have been produced under the initial disclosure requirements under Fed. R. Civ. P. 26(a)(1)-(3) if the case had been filed after December 31, 2000. Because the parties were not required to make the initial disclosures required by Rule 26 and for the reasons described by Randall-Morgan in its motions, it is granted leave to propound more than twenty-five interrogatories to MLFC Partners, Mirabeau Family Learning Center, Inc., Michael Vales and Fannie Mae.

It is ORDERED as follows:

1. Randall-Morgan's motion for leave to propound more than twenty-five

2

interrogatories to MLFC Partners is GRANTED.

2. Randall-Morgan's motion for leave to propound more than twenty-five interrogatories to Mirabeau Family Learning Center, Inc. and motion for expedited consideration of said motion are GRANTED.

3. Randall-Morgan's motion for leave to propound more than twenty-five interrogatories to Michael Vales and motion for expedited consideration of said motion are GRANTED.

4. Randall-Morgan's motion for leave to propound more than twenty-five interrogatories to Fannie Mae and motion for expedited consideration of said motion are GRANTED

_____
SALLY SHUSHAN
United States Magistrate Judge

Q \MOTIONS\2000 Motions\00-0379 3.wpd