FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAY 31  PM 12: 43

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MFLC PARTNERS, A LOUISIANA PARTNERSHIP IN COMMENDAM | * * * | CIVIL ACTION NO. 00-0379 |
| | * | SECTION J |
| Versus | * * | MAG. 1 |
| RANDALL-MORGAN CONSTRUCTION COMPANY, INC. | * * | |

**PETITION FOR LETTER ROGATORY**

NOW INTO COURT, through undersigned counsel, comes defendant, Randall-Morgan Construction Co., Inc., who moves this Court to issue a letter rogatory to the appropriate authorities in the City of Roswell, County of Fulton, State of Georgia, for the following reasons:

1.

The above-captioned suit arises out of plaintiff's alleged claim against defendant for the wrongful filing of a lien related to a construction contract between the parties.

2.

There exists an issue of whether some verbal changes were approved. Defendant alleges that Mr. Leo Massay, an independent contractor for Fannie Mae, authorized and approved of such changes and confirmed that defendant would receive payment for the work perform related thereto.

DATE OF ENTRY
JUN - 5 2001

3.

Leo Massay is a resident of the State of Georgia and conducts his business in the city of Roswell, Fulton County, Georgia.

4.

Leo Massay has vital information regarding plaintiff's claims and defendant's counter-claims and is in possession of certain records related to this construction project.

5.

To secure the above-referenced information, counsel for defendant requires the Court to execute a letter rogatory requesting the proper authority in the County of Fulton, State of Georgia, to issue a subpoena and subpoena duces tecum to Leo Massay, requesting that he appear to testify regarding his knowledge of the construction project and produce the records specified in Exhibit "A," on the date specified in the attached Notice of Deposition.

WHEREFORE, defendant prays that this Court issue a letter rogatory to the appropriate authority in Fulton County, State of Georgia, requesting that a subpoena be issued to Leo Massay at 630 Saddle Ridge Trace, Roswell, Georgia, 30076, in order that defendant can secure his testimony and secure records pursuant to deposition.

          Respectfully submitted,

*[signature]*

David J. Halpern, (Bar No. 6452)
Bruce M. Danner (Bar No. 4496)
Jill A. Gautreaux (Bar No. 23750)
Maryann G. Hoskins (Bar No. 20869)
Zara Zeringue (Bar No. 22901)

Halpern, Danner, Martin &Miles, L.L.C.
3900 North Causeway Boulevard
One Lakeway Center, Suite 605
Metairie, Louisiana 70002
Telephone: (504) 835-6705

Attorneys for Defendant, Randall-Morgan Construction, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon counsel for all parties by facsimile and by placing a copy of the same in the United States Mails, to each properly addressed and postage pre-paid on this ___ day of ___ may ___, 2001.

*[signature]*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MFLC PARTNERS, A LOUISIANA PARTNERSHIP IN COMMENDAM | * * * | CIVIL ACTION NO. 00-0379 |
| Versus | * * | SECTION "J" |
| RANDALL-MORGAN CONSTRUCTION COMPANY, INC. | * * | MAG. 1 |

## ORDER

IT IS HEREBY ORDERED that defendant's Petition for Letter Rogatory be and is hereby granted and that the Letter Rogatory, Notice of Deposition and Subpoena Duces Tecum be submitted to the appropriate authority in the County of Fulton, State of Georgia for process and service.

This done and signed on the 1st day of June, 2001, in NEW ORLEANS, LOUISIANA.

_____
JUDGE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MFLC PARTNERS, A LOUISIANA<br>PARTNERSHIP IN COMMENDAM | * <br> * <br> * | CIVIL ACTION NO. 00-0379 <br><br> SECTION "J" |
| Versus | * <br> * | <br> MAG. 1 |
| RANDALL-MORGAN CONSTRUCTION<br>COMPANY, INC. | * <br> * | |

∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎

### **LETTER ROGATORY**

TO:  THE APPROPRIATE AUTHORITY IN
     ROSWELL, GEORGIA
     COUNTY OF FULTON
     STATE OF GEORGIA

MAY IT PLEASE THE COURT:

Now pending in the United States District Court for the Eastern District of Louisiana, State of Louisiana, there is a case entitled "MFLC Partners, a Louisiana Partnership in Commendum vs. Randall Morgan Construction Co., Inc." bearing civil action No. 00-0379 and it appears to this Court that a just determination of the issues therein presented requires the sworn testimony of Leo Massay to be taken regarding his involvement in the construction project/contract between the parties.

*ORIGINAL MAILED TO Mr. HALPERN*  *MEMO*

It is therefore requested that you assist this court in serving the interests of justice by causing Leo Massay to appear before you, or before a competent officer authorized by your court, and require him to provide the requested testimony and documents pursuant to a deposition noticed by Bruce M. Danner, of the law firm of Halpern, Danner, Martin & Miles, 3900 North Causeway Boulevard, One Lakeway Center, Suite 605, Metairie, Louisiana 70002.

This court is ready and willing to extend the same courtesies to your government in a similar case when required.

NEW ORLEANS, LOUISIANA, this 1st day of June, 2001.

_____
JUDGE

## EXHIBIT "A"

Any and all records related to the Filmore Parc construction project in New Orleans, Louisiana including but not limited to correspondence, memorandum, change orders, letters, requests for payments, checks, invoices, calendars, contracts, agreements and notes.