

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JUN -4 P 3: 31

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MFLC PARTNERS, A LOUISIANA**<br>**PARTNERSHIP IN COMMENDAM** | **CIVIL ACTION**<br>**NO. 00-0379** |
| **VERSUS** | **SECTION "J"** |
| **RANDALL-MORGAN CONSTRUCTION**<br>**COMPANY, INC.** | **MAG. "1"** |

---

### JOINT MOTION TO SUBSTITUTE COUNSEL OF RECORD

Pursuant to Uniform Local Rule 83.2.11, plaintiff and counter-defendant, MFLC Partners, a Louisiana Partnership in Commendam, and counter-defendants Mirabeau Family Learning Center, Inc. and Michael Vales move this court to delete the names of A. Gregory Grimsal, Marcy V. Massengale, and Jennifer K. Conrad as their counsel of record in the above-captioned and entitled litigation and to add the names of Pierre V. Miller II (as Trial Attorney) and Andrew P. Burnside of Patrick, Miller, Burnside, & Belleau, L.L.C., 400 Poydras Street, Suite 1680, New

```
DATE OF ENTRY

JUN  8 2001
```



Orleans, Louisiana 70130, as their counsel of record in the above-captioned and entitled litigation.

Respectfully submitted,

Pierre V. Miller II (#17712)(TA)
Andrew P. Burnside (#14116)
Patrick, Miller, Burnside, &
   Belleau, L.L.C.
400 Poydras Street, Suite 1680
New Orleans, Louisiana 70130
Telephone:   (504) 527-5400
Facsimile:   (504) 527-5456

A. Gregory Grimsal (#6332)
Gordon, Arata, McCoilam,
   Duplantis & Eagan, L.L.P.
201 St. Charles Ave., 40th Fl.
New Orleans, Louisiana 70170-4000
Telephone:   (504) 582-1111
Facsimile:   (504) 582-1121

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served on all counsel of record by United States mail, postage prepaid and properly addressed, this 1st day of June, 2001.

PIERRE V. MILLER II

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MFLC PARTNERS, A LOUISIANA PARTNERSHIP IN COMMENDAM | CIVIL ACTION NO. 00-0379 |
| VERSUS | SECTION "J" |
| RANDALL-MORGAN CONSTRUCTION COMPANY, INC. | MAG. "1" |

ORDER

Considering the foregoing Motion to Substitute Counsel of Record;

**IT IS ORDERED,** that the motion be and hereby is granted and that the names of A. Gregory Grimsal, Marcy V. Massengale, and Jennifer K. Conrad be deleted as counsel of record in the above-captioned and entitled litigation and the names of Pierre V. Miller II (as Trial Attorney) and Andrew P. Burnside of Patrick, Miller, Burnside, & Belleau, L.L.C., 400 Poydras Street, Suite 1680, New Orleans, Louisiana 70130, be added as counsel of record for MFLC Partners, a Louisiana Partnership in Commendam,

Mirabeau Family Learning Center, Inc., and Michael Vales in the
above-captioned and entitled litigation.

New Orleans, Louisiana, this ___7___ day of June, 2001.

_____
JUDGE