FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JUN 11 PM 4: 36

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MFLC PARTNERS, A LOUISIANA PARTNERSHIP IN COMMENDAM | CIVIL ACTION NO. 00-0379 |
| VERSUS | SECTION "J" |
| RANDALL-MORGAN CONSTRUCTION COMPANY, INC. | MAG. "1" |

### CONSENT MOTION FOR EXTENSION OF TIME

Plaintiff and defendant-in-counterclaim, MFLC Partners ("MFLC") and third-party defendant, Michael R. Vales ("Vales") respectfully request an additional two days, or until June 13, 2001, to respond to the First Set of Interrogatories and the First Set of Request for Production of Documents of Randall-Morgan Construction Company, Inc. ("Randall-Morgan"). Undersigned counsel has contacted counsel for Randall-Morgan, who has stated she has no objection to the granting of this motion.

Respectfully submitted,

_____
Pierre V. Miller II (#17712)(TA)
Andrew P. Burnside (#14116)
Patrick, Miller, Burnside, &
  Belleau, L.L.C.
400 Poydras Street, Suite 1680
New Orleans, Louisiana 70130
Telephone:  (504) 527-5400
Facsimile:  (504) 527-5456

DATE OF ENTRY
JUN 1 4 2001

Fee _____
Process ___
X Dktd _____
✓ CtRmDep __
Doc.No. 70

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served on all counsel of record by United States mail, postage prepaid and properly addressed, this 11th day of June, 2001.

_____
**PIERRE V. MILLER II**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MFLC PARTNERS, A LOUISIANA<br>PARTNERSHIP IN COMMENDAM | CIVIL ACTION<br>NO. 00-0379 |
| VERSUS | SECTION "J" |
| RANDALL-MORGAN CONSTRUCTION<br>COMPANY, INC. | MAG. "1" |

### ORDER

Considering the foregoing Consent Motion for Extension of Time;

**IT IS HEREBY ORDERED** that MFLC Partners and Michael R. Vales are granted an additional two days, or until June 13, 2001, within which to respond to the First Set of Interrogatories and the First Set of Request for Production of Documents of Randall-Morgan Construction Company, Inc.

New Orleans, Louisiana, this 13th day of June, 2001.

_____
JUDGE