

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JUN 12 PM 3:52
JUN 1 2 2001
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MFLC PARTNERS, A LOUISIANA PARTNERSHIP IN COMMENDAM | CIVIL ACTION NO. 00-0379 |
| versus | SECTION "J" |
| RANDALL-MORGAN CONSTRUCTION COMPANY, INC. | MAG. "1" |

**FANNIE MAE'S EX PARTE/CONSENT MOTION,
INCORPORATED MEMORANDUM AND ORDER FOR AN
<u>EXTENSION OF TIME WITHIN WHICH TO RESPOND TO DISCOVERY</u>**

NOW INTO COURT, through undersigned counsel, comes counterdefendant, the Federal National Mortgage Association ("Fannie Mae"), who respectfully requests, under Local Rule 7.9, that the court extend the time within which Fannie Mae has to file its responses to discovery propounded on behalf of Randall-Morgan Construction Company, Inc. ("Randall-Morgan"), for the following reasons:

DATE OF ENTRY
JUN 1 8 2001



1.

On May 14, 2001, defendant, Randall-Morgan Construction Company, Inc. propounded a set of interrogatories, requests for production of documents, and requests for admissions upon counterdefendant, Fannie Mae.

2.

Randall-Morgan obtained leave of court to propound more than twenty-five (25) interrogatories upon Fannie Mae.

3.

The discovery propounded requires the preparation of extensive responses and is document intensive.

4.

The responses to the interrogatories, requests for production of documents and requests for admissions are due on June 13, 2001.

5.

Fannie Mae requests a nine-day extension, causing the discovery responses to be due on June 22, 2001.

6.

The court has previously granted two ten-day extensions to Randall-Morgan for discovery propounded upon it in this litigation.

7.

Counsel for Randall-Morgan has been notified and does not have an objection to the extension.

8.

There has been no previous request for an extension of time to respond to this discovery.

9.

Fannie Mae requests that an extension of time be granted without any prejudice or waiver of any objections on the grounds that the objections, if any, were not timely.

WHEREFORE, it is respectfully requested that this Honorable Court grant mover an additional nine (9) days within which to respond to Randall-Morgan's interrogatories, requests for production of documents and requests for admission without any prejudice or waiver of any objections, if any, on the grounds that the objections were not timely.

Respectfully submitted,

A. GREGORY GRIMSAL (#6332)
MARCY V. MASSENGALE (#22512)
JENNIFER K. CONRAD (#26241)
GORDON, ARATA, McCOLLAM,
  DUPLANTIS & EAGAN, L.L.P.
201 St. Charles Ave., 40th Floor
New Orleans, Louisiana 70170-4000
Phone:(504) 582-1111; Fax: 582-1111

By: _____
     A. Gregory Grimsal
     Bar Roll No. 6332

Attorneys for Federal National Mortgage Association


C E R T I F I C A T E

I hereby certify that I have served a copy of the above and foregoing pleading on all counsel of record by placing a signed copy thereof in the United States mail, postage prepaid, on this 12th day of June, 2001.

_____
A. Gregory Grimsal (#6332)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MFLC PARTNERS, A LOUISIANA PARTNERSHIP IN COMMENDAM | CIVIL ACTION NO. 00-0379 |
| versus | SECTION "J" |
| RANDALL-MORGAN CONSTRUCTION COMPANY, INC. | MAG. "1" |

## O R D E R

Considering the foregoing Motion and Incorporated Memorandum for Extension of Time in Which To Respond To Discovery Under Local Rule 7.9,

IT IS ORDERED that this motion should be and is hereby granted in that counterdefendant, Fannie Mae, is permitted an additional nine (9) days within which to respond to interrogatories, requests for production of documents and requests for admissions propounded on behalf of Randall-Morgan Construction

GAMD NO 119531 1

Company, Inc. without any prejudice or waiver of any objections, if any, on the grounds that the objections were not timely.

New Orleans, Louisiana, this 15 day of June, 2001.

_____
U.S. MAGISTRATE JUDGE