

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JUN 20 PM 4: 32
JUN 2 0 2001
LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MFLC PARTNERS, A LOUISIANA PARTNERSHIP IN COMMENDAM | CIVIL ACTION NO. 00-0379 |
| versus | SECTION "J" |
| RANDALL-MORGAN CONSTRUCTION COMPANY, INC. | MAG. "1" |

---

## FANNIE MAE'S SECOND EX PARTE/CONSENT MOTION, INCORPORATED MEMORANDUM AND ORDER FOR AN EXTENSION OF TIME WITHIN WHICH TO RESPOND TO DISCOVERY

NOW INTO COURT, through undersigned counsel, comes counterdefendant, the Federal National Mortgage Association ("Fannie Mae"), who respectfully requests, under Local Rule 7.9, that the court extend the time within which Fannie Mae has to file its responses to discovery propounded on behalf of Randall-Morgan Construction Company, Inc. ("Randall-Morgan"), for the following reasons:

GAMD-NO 119692-1

DATE OF ENTRY

JUN 2 6 2001



Doc.No.

1.

On May 14, 2001, defendant, Randall-Morgan Construction Company, Inc. propounded a set of interrogatories, requests for production of documents, and requests for admissions upon counterdefendant, Fannie Mae.

2.

Randall-Morgan obtained leave of court to propound more than twenty-five (25) interrogatories upon Fannie Mae.

3.

The discovery propounded requires the preparation of extensive responses and is document intensive.

4.

The responses to the interrogatories, requests for production of documents and requests for admissions were originally due on June 13, 2001.  Fannie Mae in fact responded to Randall Morgan's requests for admissions on June 13, 2001.

5.

Fannie Mae obtained a consent nine-day extension, causing the remaining discovery responses to be due on June 22, 2001.

6.

The court has previously granted two ten-day extensions to Randall-Morgan for discovery propounded upon it in this litigation.

7.

Counsel for Randall-Morgan has been notified and does not have an objection to the instant prayed-for extension.

8.

Fannie Mae requests that an extension of time of five days, causing the discovery to be due on June 27, 2001, and that this extension be granted without any prejudice or waiver of any objections on the grounds that the objections, if any, were not timely.

WHEREFORE, it is respectfully requested that this Honorable Court grant mover an additional  five days, through June 27, 2001, within which to respond to Randall-Morgan's interrogatories and  requests for production of documents without any prejudice or waiver of any objections, if any, on the grounds that the objections were not timely.

Respectfully submitted,

A. GREGORY GRIMSAL (#6332)
MARCY V. MASSENGALE (#22512)
JENNIFER K. CONRAD (#26241)
GORDON, ARATA, McCOLLAM,
  DUPLANTIS & EAGAN, L.L.P.
201 St. Charles Ave., 40th Floor
New Orleans, Louisiana 70170-4000
Phone: (504) 582-1111; Fax: 582-1121

By: _____
    A. Gregory Grimsal
    Bar Roll No. 6332

Attorneys    for    Federal    National
Mortgage Association


        C E R T I F I C A T E

    I hereby certify that I have served a copy of the above

and foregoing pleading on all counsel of record by placing a signed

copy thereof in the United States mail, postage prepaid, on this

_____ day of June, 2001.

                    _____
                    A. Gregory Grimsal (#6332)

GAMD-NO 119692-1                    -4-

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MFLC PARTNERS, A LOUISIANA            CIVIL ACTION
PARTNERSHIP IN COMMENDAM              NO. 00-0379

versus                               SECTION "J"

RANDALL-MORGAN CONSTRUCTION          MAG. "1"
COMPANY, INC.

---

### O R D E R

Considering the foregoing Motion and Incorporated Memorandum for Extension of Time in Which To Respond To Discovery Under Local Rule 7.9,

IT IS ORDERED that this motion should be and is hereby granted in that counterdefendant, Fannie Mae, is permitted an additional five (5) days, through June 27, 2001, within which to respond to interrogatories and requests for production of documents propounded on behalf of Randall-Morgan Construction Company, Inc.

GAMD-NO 119692-1

without any prejudice or waiver of any objections, if any, on the grounds that the objections were not timely.

New Orleans, Louisiana, this ___23rd___ day of ___June___, 2001.

_____
U.S. MAGISTRATE JUDGE
   DISTRICT