

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MFLC PARTNERS, A LOUISIANA<br>PARTNERSHIP IN COMMENDAM<br><br>Versus<br><br>RANDALL-MORGAN CONSTRUCTION<br>COMPANY, INC. | *<br>*<br>*<br>*<br>*<br>*<br>* | CIVIL ACTION NO. 00-0379<br><br>SECTION "J"<br><br>MAG. 1 |

**●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●**

### Ex Parte/ Consent Motion, Incorporated Memorandum And Order For Leave to Modify the Scheduling Order to Extend the Deadline for Expert Reports, Witness and Exhibit Lists, and Discovery

**Now Into Court,** through undersigned counsel, comes defendant, Randall-Morgan Construction Company, Inc., with the consent of all parties, who respectfully requests that the Scheduling Order be modified to extend the deadline for expert reports, witness and exhibit lists and discovery pursuant to *Federal Rule of Civil Procedure, Rule 16(b)*, for the following reasons:

I.

On March 30, 2001, a minute entry was entered in this matter providing a scheduling order pursuant to *Federal Rule of Civil Procedure, Rule 16*.

II.

In accordance with the Scheduling Order, this matter is set for trial on October 15, 2001 and

DATE OF ENTRY
JUN 2 7 2001

1

the Final Pretrial Conference is set for September 20, 2001. Further, the following deadlines are established:

1. June 22, 2001     Deadline for plaintiff to deliver expert reports to defendant;

2. July 22, 2001     Deadline for defendant to deliver expert reports to plaintiff;

3. July 22, 2001     Deadline for witness and exhibit lists to be filed;

4. August 17, 2001 Deadline for all discovery and depositions.

### III.

However, the parties have agreed to a commercial mediation in an attempt to resolve this matter, which is scheduled to occur prior to August 10, 2001.

### IV.

In an effort to prepare for an effective mediation, the parties agreed to a discovery schedule, which was approved by the Court on or about April 27, 2001 setting forth discovery and three depositions to occur prior to the mediation and in preparation of the same.

### V.

All parties agree that all further discovery is not necessary at this time until and only if, the mediation proves unsuccessful.

### VI.

Therefore, in an effort to minimize expenses and unnecessary labor, defendant, with the consent of all parties, requests a modification of the Scheduling Order as follows:

1. August 15, 2001        Deadline for plaintiff to deliver expert reports to defendant;

2. September 14, 2001    Deadline for defendant to deliver expert reports to plaintiff;

3. September 14, 2001    Deadline for witness and exhibit lists to be filed;

4. September 28, 2001    Deadline for all discovery and depositions.

### VI.

Counsel for counter-defendants have been notified and consent to the modifications.

### VII.

There has been no previous request for a modification of the Scheduling Order.

**WHEREFORE**, it is respectfully requested that this Honorable Court grant leave for the modification of the Scheduling Order to extend the deadline for expert reports, witness and exhibit lists and discovery as set forth herein.

3

Respectfully submitted,

_____
David J. Halpern, (Bar No. 6452)
Bruce M. Danner (Bar No. 4496)
Jill A. Gautreaux (Bar No. 23750)
Maryann G. Hoskins (Bar No. 20869)
Zara Zeringue (Bar No. 22901)

Halpern, Danner, Martin &Miles, L.L.C.
3900 North Causeway Boulevard
One Lakeway Center, Suite 605
Metairie, Louisiana 70002
Telephone: (504) 835-6705

Attorneys for Defendant, Randall-Morgan Construction, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon counsel for all parties by facsimile and by placing a copy of the same in the United States Mails, to each properly addressed and postage pre-paid on this 22nd day of _____, 2001.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MFLC PARTNERS, A LOUISIANA PARTNERSHIP IN COMMENDAM | * * * | CIVIL ACTION NO. 00-0379 |
| Versus | * * | SECTION "J" |
| RANDALL-MORGAN CONSTRUCTION COMPANY, INC. | * * * | MAG. 1 |

∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎

### ORDER

Considering the foregoing *Ex Parte/ Consent Motion, Incorporated Memorandum And Order For Leave to Modify the Scheduling Order to Extend the Deadlines*,

**IT IS ORDERED BY THE COURT** that this Motion be and is hereby granted and that that the Scheduling Order of Minute Entry dated March 30, 2001 be modified as follows:

1. August 15, 2001         Deadline for plaintiff to deliver expert reports to defendant;

2. September 14, 2001    Deadline for defendant to deliver expert reports to plaintiff;

3. September 14, 2001    Deadline for witness and exhibit lists to be filed;

4. September 28, 2001    Deadline for all discovery and depositions.

**NEW ORLEANS, LOUISIANA** this _26th_ day of _June_, 2001.

_____
U.S. DISTRICT JUDGE