```
                                    FILED
                              U.S. DISTRICT COURT
                             EASTERN DISTRICT OF LA

                              2001 JUN 27 P 4: 18

                               LORETTA G. WHYTE
                                    CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MFLC PARTNERS, A LOUISIANA PARTNERSHIP IN COMMENDAM | CIVIL ACTION NO. 00-0379 |
| versus | SECTION "J" |
| RANDALL-MORGAN CONSTRUCTION COMPANY, INC. | MAG. "1" |

**FANNIE MAE'S THIRD EX PARTE/CONSENT MOTION, INCORPORATED MEMORANDUM AND ORDER FOR AN <u>EXTENSION OF TIME WITHIN WHICH TO RESPOND TO DISCOVERY</u>**

NOW INTO COURT, through undersigned counsel, comes counterdefendant, the Federal National Mortgage Association ("Fannie Mae"), who respectfully requests, under Local Rule 7.9, that the court extend the time within which Fannie Mae has to file its responses to discovery propounded on behalf of Randall-Morgan Construction Company, Inc. ("Randall-Morgan"), for the following reasons:

DATE OF ENTRY
JUL - 2 2001

GAMD-NO:119960-1

1.

On May 14, 2001, defendant, Randall-Morgan Construction Company, Inc. propounded a set of interrogatories, requests for production of documents, and requests for admissions upon counterdefendant, Fannie Mae.

2.

Randall-Morgan obtained leave of court to propound more than twenty-five (25) interrogatories upon Fannie Mae.

3.

The discovery propounded requires the preparation of extensive responses and is document intensive.

4.

The responses to the interrogatories, requests for production of documents and requests for admissions were originally due on June 13, 2001. Fannie Mae in fact responded to Randall Morgan's requests for admissions on June 13, 2001.

5.

Fannie Mae obtained a consent nine-day extension, causing the remaining discovery responses to be due on June 22, 2001.

6.

Fannie Mae obtained a consent five-day extension, causing the remaining discovery responses to be due on June 27, 2001.

7.

The Court has previously granted two ten-day extensions to Randall-Morgan for discovery propounded upon it in this litigation.

8.

Counsel for Randall-Morgan has been notified and does not have an objection to the instant prayed for extension.

9.

Fannie Mae requests that an extension of time of two days, causing discovery to be due on June 29, 2001, and that this extension be granted without any prejudice or waiver of any objections on the grounds that the objections, if any, were not timely.

WHEREFORE, it is respectfully requested that this Honorable Court grant mover an additional two days, through June 29, 2001, within which to respond to Randall-Morgan's interrogatories and requests for production of documents without any prejudice or waiver of any objections, if any, on the grounds that the objections were not timely.

Respectfully submitted,

A. GREGORY GRIMSAL (#6332)
MARCY V. MASSENGALE (#22512)
JENNIFER K. CONRAD (#26241)
GORDON, ARATA, McCOLLAM,
  DUPLANTIS & EAGAN, L.L.P.
201 St. Charles Ave., 40th Floor
New Orleans, Louisiana 70170-4000
Phone: (504) 582-1111; Fax: 582-1121

By: _____
    A. Gregory Grimsal
    Bar Roll No. 6332

Attorneys for Federal National Mortgage Association

C E R T I F I C A T E

I hereby certify that I have served a copy of the above and foregoing pleading on all counsel of record by placing a signed copy thereof in the United States mail, postage prepaid, on this 27th day of June, 2001.

_____
A. Gregory Grimsal (#6332)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MFLC PARTNERS, A LOUISIANA PARTNERSHIP IN COMMENDAM | CIVIL ACTION NO. 00-0379 |
| versus | SECTION "J" |
| RANDALL-MORGAN CONSTRUCTION COMPANY, INC. | MAG. "1" |

## O R D E R

Considering the foregoing Motion and Incorporated Memorandum for Extension of Time in Which To Respond To Discovery Under Local Rule 7.9,

IT IS ORDERED that this motion should be and is hereby granted in that counterdefendant, Fannie Mae, is permitted an additional two (2) days, through June 29, 2001, within which to respond to interrogatories and requests for production of documents propounded on behalf of Randall-Morgan Construction Company, Inc. without any prejudice or waiver of any objections, if any, on the grounds that the objections were not timely, *provided this extension does not necessitate continuance of the trial.*

GAMD-NO.119960-1

New Orleans, Louisiana, this 28th day of June, 2001.

_____
U.S. ~~MAGISTRATE~~ DISTRICT JUDGE