```
                                          FILED
                                     U.S. DISTRICT COURT
                                    EASTERN DISTRICT OF LA

                                     2001 JUN 28  PM 12: 17

                                      LORETTA G. WHYTE
                                            CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MFLC PARTNERS, A LOUISIANA<br>PARTNERSHIP IN COMMENDAM | * <br> * | CIVIL ACTION NO. 00-0379 |
| | * | SECTION "J" |
| Versus | * | |
| | * | MAG. 1 |
| RANDALL-MORGAN CONSTRUCTION<br>COMPANY, INC. | * <br> * | |

∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎

### Joint Motion To Substitute Counsel Of Record<br>And to Designate a Trial Attorney

Pursuant to Uniform Local Rule 83.2.11, defendant, Randall-Morgan Construction, Inc., moves this court to delete the names Marc D. Winsberg and Suzanne Ciaccio as their counsel of record in the above-captioned and entitled litigation and to add the name of Bruce M. Danner of Halpern, Danner, Martin & Miles, L.L.C, One Lakeway Center, Suite 605, 3900 North Causeway Blvd., Metairie, LA 70002, as counsel of record and designate him as Trial Attorney, in the above-captioned and entitled litigation.



DATE OF ENTRY

JUL - 2 2001



Respectfully submitted,

_____
David J. Halpern, (Bar No. 6452)
Bruce M. Danner (Bar No. 4496) – T.A.
Jill A. Gautreaux (Bar No. 23750)
Maryann G. Hoskins (Bar No. 20869)
Zara Zeringue (Bar No. 22901)
Halpern, Danner, Martin & Miles, L.L.C.
3900 North Causeway Boulevard
One Lakeway Center, Suite 605
Metairie, Louisiana 70002
Telephone: (504) 835-6705


_____
Marc M. Winsberg, (Bar No. /8510 )
400 Poydras Street, Suite 1440
New Orleans, Louisiana 70130

_____
Suzanne Ciaccio (Bar No. 22972)
7009 Arrogone Street
New Orleans, Louisiana 70124

2

## Certificate of Service

I hereby certify that a copy of the foregoing pleading has been served upon all counsel of record, by placing same in the United States mail, properly addressed and postage prepaid on June 27, 2001.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MFLC PARTNERS, A LOUISIANA PARTNERSHIP IN COMMENDAM | * * * | CIVIL ACTION NO. 00-0379 |
| | * | SECTION "J" |
| Versus | * * | MAG. 1 |
| RANDALL-MORGAN CONSTRUCTION COMPANY, INC. | * * | |

## ORDER

Considering the foregoing motion;

**IT IS ORDERED** that the motion be and hereby is granted and that the names Marc D. Winsberg and Suzanne Ciaccio be deleted as their counsel of record in the above-captioned and entitled litigation and the name of Bruce M. Danner of Halpern, Danner, Martin & Miles, L.L.C, One Lakeway Center, Suite 605, 3900 North Causeway Blvd., Metairie, LA 70002, be added as counsel of record and designated as Trial Attorney, in the above-captioned and entitled litigation.

New Orleans, Louisiana, this _28th_ day of June, 2001.

_____
JUDGE

1