FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JUL 16 PM 4: 22
JUL 1 6 2001
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MFLC PARTNERS, A LOUISIANA PARTNERSHIP IN COMMENDAM | CIVIL ACTION NO. 00-0379 |
| versus | SECTION "J" |
| RANDALL-MORGAN CONSTRUCTION COMPANY, INC. | MAG. "1" |

### FANNIE MAE'S
### MOTION FOR LEAVE TO FILE ANSWER
### TO RANDALL-MORGAN'S SECOND AMENDED COUNTERCLAIM

NOW INTO COURT, through undersigned counsel, comes counterdefendant Fannie Mae, who moves the Court for an order granting leave to file its Answer to Randall-Morgan's Second Amended Counterclaim, for the reasons set forth in the accompanying memorandum in support hereof. An executed original of this Answer is attached hereto. Counsel for all parties have been contacted and

GAMD-NO 120493-1

DATE OF ENTRY
JUL 1 9 2001

have no opposition to the filing of Fannie Mae's Answer to Randall-Morgan's Second Amended Counterclaim.

>Respectfully submitted,
>
>A. GREGORY GRIMSAL (#6332)
>MARCY V. MASSENGALE (#22512)
>JENNIFER K. CONRAD (#26241)
>GORDON, ARATA, McCOLLAM
>  DUPLANTIS & EAGAN, L.L.P.
>201 St. Charles Ave., 40th Floor
>New Orleans, Louisiana 70170-4000
>Phone: (504) 582-1111; Fax: 582-1121
>
>By: _____
>    A. Gregory Grimsal
>    Bar Roll No. 6332
>
>Attorneys for Federal National Mortgage Association

C E R T I F I C A T E

I hereby certify that I have served a copy of the above and foregoing pleading on all counsel of record by placing a signed copy thereof in the United States mail, postage prepaid, on this 16th day of July, 2001.

_____
A. Gregory Grimsal (#6332)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MFLC PARTNERS, A LOUISIANA<br>PARTNERSHIP IN COMMENDAM | CIVIL ACTION<br>NO. 00-0379 |
| versus | SECTION "J" |
| RANDALL-MORGAN CONSTRUCTION<br>COMPANY, INC. | MAG. "1" |

**FANNIE MAE'S MEMORANDUM IN SUPPORT
OF MOTION FOR LEAVE TO FILE ANSWER
TO RANDALL-MORGAN'S SECOND AMENDED COUNTERCLAIM**

NOW INTO COURT, through undersigned counsel, comes counterdefendant Fannie Mae, and pursuant to Rule 15 of the Federal Rules of Civil Procedure and local Rule 7.3, moves the court for an order granting Fannie Mae leave to file an Answer to Randall-Morgan's Second Amended Counterclaim ("Answer"). An executed original of this Answer is attached hereto.

In support of this motion, Fannie Mae respectfully represents that on June 28, 2001, this Court granted Randall-

GAMD-NO 120493-1

Morgan's Motion for Leave to File Second Amended Complaint. Because a new complaint wipes away prior pleadings, the amended complaint opens the door for defendant to revise and amend its answer, and even to raise new and previously unmentioned affirmative defenses. See Massey v. Helman, 196 F.3d 727, 735 (7th Cir. 1999); Harris v. Secretary, U.S. Dep't of Veterans Affairs, 126 F.3d 339, 343 n.2 (D.C. Cir. 1997).

Accordingly, Fannie Mae has revised language at Paragraphs 16, 34, and former 35/current 45 of its Answer and Affirmative Defenses; but Fannie Mae has alleged no new facts and has added no new affirmative defenses. Counsel for all parties have been advised of these proposed amendments and have no objection to them. Fannie Mae further avers that permitting the filing of its Answer will not delay or retard the progress of this action.

Fannie Mae thus respectfully requests that this court enter an order granting leave to file its Answer to Second Amended Counterclaim.

Respectfully submitted,

A. GREGORY GRIMSAL (#6332)
MARCY V. MASSENGALE (#22512)
JENNIFER K. CONRAD (#26241)
GORDON, ARATA, McCOLLAM,
  DUPLANTIS & EAGAN, L.L.P.
201 St. Charles Ave. 40th Floor
New Orleans, Louisiana 70170-4000
Phone: (504) 582-1111; Fax: 582-1121

By: _____
    A. Gregory Grimsal
    Bar Roll No. 6332

Attorneys for Federal National Mortgage Association


C E R T I F I C A T E

I hereby certify that I have served a copy of the above and foregoing pleading on all counsel of record by placing a signed copy thereof in the United States mail, postage prepaid, on this 16th day of July, 2001.

_____
A. Gregory Grimsal (#6332)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MFLC PARTNERS, A LOUISIANA PARTNERSHIP IN COMMENDAM | CIVIL ACTION NO. 00-0379 |
| versus | SECTION "J" |
| RANDALL-MORGAN CONSTRUCTION COMPANY, INC. | MAG. "1" |

### O R D E R

    Considering the foregoing Motion for Leave to File Answer to Second Amended Counterclaim,

    **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that said motion is granted and that Fannie Mae's Answer to Randall-Morgan's Second Amended Counterclaim be filed into the record of the captioned proceeding.

GAMD-NO 120493-1

New Orleans, Louisiana, this 18th day of _July_, 2001.

_____
U.S. DISTRICT JUDGE