

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED

AUG 2 4 2001

AUG 2 4 2001

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

MFLC PARTNERS, A LOUISIANA                    CIVIL ACTION
PARTNERSHIP IN COMMENDAM                       NO. 00-0379

VERSUS

                                              SECTION "J"

RANDALL-MORGAN CONSTRUCTION                    MAG. "1"
COMPANY, INC.


### MOTION FOR LEAVE TO FILE REPLY MEMORANDUM

NOW INTO COURT, through undersigned counsel, comes
plaintiff and counterclaim defendant, MFLC Partners ("MFLC");
defendant, counter claimant and third-party claimant, Randall-
Morgan Construction Company, Inc. ("Randall-Morgan); and third-
party defendants, Mirabeau Family Learning Center, Inc.
("Mirabeau"), Federal National Mortgage Association ("Fannie Mae");
and Michael R. Vales ("Vales"), who respectfully request leave to
file the attached reply memorandum in support of motion for

GAMD-NO 122022-1

DATE OF ENTRY

SEP - 5 2001

Fee
Process
X Dktd
CtRmDep
Doc.No.

extension of deadline to conduct mediation and for continuance of

pre-trial conference and trial.

Respectfully submitted,

*Pierre V. Miller II*

*by AGG*

Pierre V. Miller II (#17712) (TA)
Andrew P. Burnside (#14116)
Patrick, Miller, Burnside, &
  Belleau, L.L.C.
400 Poydras Street, Suite 1680
New Orleans, Louisiana 70130
Telephone: (504) 527-5400
Facsimile: (504) 527-545

**Attorneys for Mirabeau Family
Learning Center, Inc., Michael R.
Vales and MFLC Partners, A Louisiana
Partnership in Commendam**

A. Gregory Grimsal (#6332)
Marcy V. Massengale (#22512)
Jennifer K. Conrad (#26241)
GORDON, ARATA, McCOLLAM
 & DUPLANTIS, L.L.P.
201 St. Charles Avenue
Suite 4000
New Orleans, Louisiana, 70170-4000
Telephone: (504) 582-1111

By: _____
  A. GREGORY GRIMSAL (#6332)

**Attorneys for Federal National
Mortgage Association**

_Zara Zeringue_ by AGG

David J. Halpern, (#6452)
Bruce M. Danner (#4496)
Jill A. Gautreaux (#23750)
Maryann G. Hoskins (#20869)
Zara Zeringue (#22901)
Halpern, Danner, Martin & Miles,LLC
3900 North Causeway Boulevard
One Lakeway Center, Suite 605
Metairie, Louisiana 70002
Telephone: (504) 835-6705

**Attorneys for Defendant, Randall-Morgan Construction, Inc.**


C E R T I F I C A T E

I hereby certify that I have served a copy of the above
and foregoing pleading on all counsel of record by telefax and by
placing signed copies thereof in the United States mail, postage
prepaid, on this 24th day of August 2001.

_A. Gregory Grimsal_

A. Gregory Grimsal

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

MFLC PARTNERS, A LOUISIANA                      CIVIL ACTION
PARTNERSHIP IN COMMENDAM                         NO. 00-0379

VERSUS

                                                SECTION "J"

RANDALL-MORGAN CONSTRUCTION                       MAG. "1"
COMPANY, INC.


                          O R D E R

        Considering the foregoing motion for leave to file reply
memorandum in support of motion for extension of deadline to
conduct mediation and for continuance of pre-trial conference and
trial.

        IT IS ORDERED that the motion for leave is GRANTED.

        New Orleans, Louisiana, this ____5th____ day of September, 2001

                        _____
                                      J U D G E

GAMD-NO 122022-1