MINUTE ENTRY
BARBIER, J.
SEPTEMBER 5, 2001

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 SEP -5 PM 5: 27

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MFLC PARTNERS, A LOUISIANA     CIVIL ACTION
PARTNERSHIP IN COMMENDAM

VERSUS     NO: 00-379

RANDALL-MORGAN CONSTRUCTION
COMPANY, INC.     SECTION: "J"(1)

Before the Court is a **Joint Motion for Extension of Deadline to Conduct Mediation and for Continuance of Pre-Trial Conference and Trial (Rec. Doc. 85)** filed by Plaintiff and Counterclaim Defendant, MFLC Partners ("MFLC"); Defendant, Counterclaimant and Third Party Claimant, Randall-Morgan Construction Company Inc. ("Randall-Morgan"); and Third Party Defendants, Mirabeau Family Learning Center, Inc. ("Mirabeau"), Federal National Mortgage Association ("Fannie Mae"), and Michael R. Vales ("Vales"). Counterclaim Defendant, Highland Mortgage Company of Alabama ("Highland") opposes the motion. The motion, set for hearing on August 29, 2001, is before the Court on briefs without oral argument. Having considered the briefs and memoranda, the Court concludes that the Joint Motion should be and is hereby **GRANTED**.

DATE OF ENTRY
SEP - 6 2001

The Court further orders that a status conference be held in chambers on **Thursday, September 13, at 10:00 a.m.**, in order to set a new mediation deadline, select a new trial date, and discuss all other motions and issues pending before the Court.

Accordingly;

**IT IS ORDERED** that the Joint Motion for Extension of Deadline to Conduct Mediation and For Continuance of Pre-Trial Conference and Trial (Rec. Doc. 85) is **GRANTED**.

* * * * *