MINUTE ENTRY
BARBIER, J.
OCTOBER 1, 2001

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MFLC PARTNERS, A LOUISIANA           CIVIL ACTION
PARTNERSHIP IN COMMENDAM

VERSUS                                NO: 00-379

RANDALL-MORGAN CONSTRUCTION
COMPANY, INC.                         SECTION: "J"(1)

Before the Court is Counter-Defendant Highland Mortgage Company of Alabama's ("Highland") **Motion to Dismiss Second Amended Counterclaim (Rec. Doc. 84)**, set for hearing on August 29, 2001. Because the parties have voluntarily dismissed Highland from the suit, Highland's Motion to Dismiss is **DENIED AS MOOT**.

* * * * * *



DATE OF ENTRY
OCT - 2 2001

