

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 SEP 21  P 3: 51

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MFLC PARTNERS, A LOUISIANA PARTNERSHIP IN COMMENDAM | CIVIL ACTION NO. 00-379 |
| | SECTION: J(1) |
| VERSUS | JUDGE BARBIER |
| RANDALL-MORGAN CONSTRUCTION COMPANY, INC., *et al.* | MAG. JUDGE SUSHAN |
| | JURY TRIAL DEMANDED |

### JOINT MOTION TO DEPOSIT FUNDS INTO THE REGISTRY OF THE COURT AND FOR DISMISSAL WITH PREJUDICE

Third-party plaintiff Randall-Morgan Construction Company, Inc. ("Randall-Morgan") and third-party defendant, Highland Mortgage Company of Alabama ("Highland"), move this Court to grant leave to Highland to deposit the sum of $155,094.48 into the Registry of the Court by wire transfer and, upon such deposit, for dismissal of Randall-Morgan's claims against Highland, with prejudice, each party to bear its own attorney fees and costs. Randall-Morgan and Highland also move the Court to grant leave to Highland to, pursuant to the directive of the Secretary of the Department of Housing and Urban Development, acting by and through the Federal Housing Commissioner ("HUD"), and upon final endorsement by HUD of the mortgage loan made by Highland to MFLC Partners, draw down the remainder of Randall-Morgan's irrevocable letter of credit involved in this action ($24,905.52) and also deposit that amount into the Registry of the Court.

DATE OF ENTRY

OCT - 2 2001

Counsel for all other parties have been contacted and advise the undersigned that they have no objection to the granting of this motion.

Respectfully submitted,

David J. Halpern (#6452)
Bruce M. Danner (#4496)
Jill A. Gautreaux (#23750)
Maryann G. Hoskins (#20869)
Zara Zeringue (#22901)
Halpern, Danner, Martin & Miles
3900 North Causeway Blvd., Ste. 605
Metairie, LA 70002
Telephone: (504) 835-6705
Facsimile: (504) 831-2609
Attorneys for Randall-Morgan
Construction Company, Inc.

Gary J. Elkins (#5316) T.A.
Richard L. Traina (#22170)
Elkins, P.L.C.
201 St. Charles Avenue, Ste. 4400
New Orleans, LA 70170
Telephone: (504) 529-3600
Facsimile: (504) 529-7163
Attorneys for Highland Mortgage Company
of Alabama

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing joint motion has been served on all counsel of record by United States mail, postage prepaid and properly addressed, this 21st day of Sept., 2001.

21/11250/D/07

2

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

MFLC PARTNERS, A
LOUISIANA PARTNERSHIP IN
COMMENDAM

CIVIL ACTION NO. 00-379

SECTION: J(1)

VERSUS

JUDGE BARBIER

RANDALL-MORGAN CONSTRUCTION
COMPANY, INC., *et al.*

MAG. JUDGE SUSHAN
JURY TRIAL DEMANDED

## ORDER

Considering the foregoing Joint Motion to Deposit Funds into the Registry of the Court and for Dismissal with Prejudice;

**IT IS ORDERED, ADJUDGED AND DECREED** that the Clerk of Court accept and receive from Highland Mortgage Company of Alabama ("Highland") the sum of $155,094.48 by wire transfer pursuant to the following instructions:

> Whitney National Bank
> Routing No. 065000171
> U.S. District Court
> Eastern District of Louisiana
> Loretta G. Whyte, Clerk of Court
> Account Number 10021028111
>
> Contact Financial Unit at
> (504) 589-7661 or 7785 or 7786

and place said sum into the Registry of this Court in an interest bearing account, there to be held until further disposition by the Court; and

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that, once such sum is deposited into the Registry of the Court, Highland be and hereby is dismissed with prejudice from this lawsuit, each party to bear its own costs and attorney fees; and

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that, pursuant to the directive of the Secretary of the Department of Housing and Urban Development, acting by and through the Federal Housing Commissioner ("HUD"), and upon final endorsement by HUD of the mortgage loan made by Highland to MFLC Partners, the Clerk of Court receive and accept from Highland the remainder of Randall-Morgan Construction Company, Inc.'s irrevocable letter of credit involved in this action ($24,905.52) by wire transfer pursuant to the instructions above.

New Orleans, Louisiana, this 24th day of September, 2001.

_____
UNITED STATES DISTRICT JUDGE

21/11250/D/08

2