UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MFLC PARTNERS                                              CIVIL ACTION

VERSUS                                                     NUMBER: 00-379

RANDALL-MORGAN CONSTRUCTION CO, INC, ET AL                 SECTION: J (1)

COURTROOM DEPUTY:                                          COURT REPORTER:
EILEEN STENSRUD                                            KAREN IBOS

THURSDAY, OCTOBER 4, 2001   3:15 P.M.
JUDGE CARL J. BARBIER PRESIDING

SETTLEMENT

Court begins at 3:15 p.m.
All present and ready.
Settlement is read into the record.
The court thanks counsel for their cooperation.
The Court will enter a 60 day order of dismissal.
Court adjourns at 3:30 p.m.

ATTORNEYS: Pierre Miller II, Esq., for MFLC Partners
           Bruce Danner, Esq., for Randall-Morgan Construction
           Gregory Grimsal, Esq., for Fannie Mae

DATE OF ENTRY
OCT - 5 2001



Fee_____
Proce____
X Dktd___
CtRmDep__
Doc.No. 94