cL

MINUTE ENTRY
BARBIER, J.
NOVEMBER 1, 2001

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 NOV -2 AM 11:53

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MFLC PARTNERS, A LOUISIANA                    CIVIL ACTION
PARTNERSHIP IN COMMENDAM

VERSUS                                        NO: 00-379

RANDALL-MORGAN CONSTRUCTION
COMPANY, INC.                                 SECTION: "J"(1)


At the request of one of the parties, a telephone conference is **SET** for **Thursday, November 8, 2001, at 1:30 p.m.**. The Court will initiate the call.

* * * * * *

DATE OF ENTRY
NOV 0 2 2001

Fee_____
Process_____
X Dktd____
___CtRmDep____
Doc.No. 96

1