FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 NOV 16  PM 4: 08

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MFLC PARTNERS, A LOUISIANA PARTNERSHIP IN COMMENDAM** | **CIVIL ACTION NO. 00-0379** |
| **VERSUS** | |
| | **SECTION "J"** |
| **RANDALL-MORGAN CONSTRUCTION COMPANY, INC.** | **MAG. "1"** |

## JOINT MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiff MFLC Partners, a Louisiana Partnership in Commendam, Defendant/Counterplaintiff/Third Party Plaintiff Randall-Morgan Construction Company, Inc., and third party defendants Mirabeau Family Learning Center, Inc., Michael R. Vales, and the Federal National Mortgage Association ("Fannie Mae"), who jointly represent that this matter has been settled.

Accordingly, the parties hereby jointly move that the above-captioned matter and all claims, including all original and

GAMD-NO:123745-1

DATE OF ENTRY
NOV 2 0 2001

Fee_____
Process_____
X Dktd_____
CtRmDep____
Doc.No.____

amended claims, that were brought or could have been brought be

DISMISSED WITH PREJUDICE, each party to bear its own costs.

Respectfully submitted,

Pierre V. Miller II (#17712) (TA)
Andrew P. Burnside (#14116)
Patrick, Miller, Burnside, &
    Belleau, L.L.C.
400 Poydras Street, Suite 1680
New Orleans, Louisiana 70130
Telephone: (504) 527-5400
Facsimile: (504) 527-545

**Attorneys for Mirabeau Family
Learning Center, Inc., Michael R.
Vales and MFLC Partners, A Louisiana
Partnership in Commendam**

A. Gregory Grimsal (#6332)
Marcy V. Massengale (#22512)
Jennifer K. Conrad (#26241)
GORDON, ARATA, McCOLLAM
 & DUPLANTIS, L.L.P.
201 St. Charles Avenue
Suite 4000
New Orleans, Louisiana  70170-4000
Telephone: (504) 582-1111

By: _____
    A. GREGORY GRIMSAL (#6332)

**Attorneys for Federal National
Mortgage Association**

David J. Halpern, (#6452)
Bruce M. Danner (#4496)
Jill A. Gautreaux (#23750)
Maryann G. Hoskins (#20869)
Zara Zeringue (#22901)
Halpern, Danner, Martin & Miles, LLC
3900 North Causeway Boulevard
One Lakeway Center, Suite 605
Metairie, Louisiana 70002
Telephone: (504) 835-6705

**Attorneys for Defendant, Randall-Morgan Construction, Inc.**

C E R T I F I C A T E

    I hereby certify that I have served a copy of the above and foregoing pleading on all counsel of record by telefax and by placing signed copies thereof in the United States mail, postage prepaid, on this ⎽⎽⎽⎽ day of November, 2001.

               A. Gregory Grimsal

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

MFLC PARTNERS, A LOUISIANA
PARTNERSHIP IN COMMENDAM

**CIVIL ACTION
NO. 00-0379**

**VERSUS**

**SECTION "J"**

RANDALL-MORGAN CONSTRUCTION
COMPANY, INC.

**MAG. "1"**

### ORDER

Considering the foregoing Joint Motion to Dismiss With Prejudice,

IT IS ORDERED that the above-captioned matter and all claims, including all original and amended claims, that were asserted or could have been asserted therein be and hereby are DISMISSED WITH PREJUDICE, each party to bear its own costs.

New Orleans, Louisiana, this _____ day of November, 2001.

_____
UNITED STATES DISTRICT JUDGE

GAMD-NO:123745-1