"Certification of Funds in the Registry"

PRINCIPAL: $ 180,000.00

Financial Deputy: K. Haley   Date: 11/16/01

FILED
2001 NOV 16 PM 4:06
LORETTA G. WHYTE
CLERK
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MFLC PARTNERS, A LOUISIANA PARTNERSHIP IN COMMENDAM | CIVIL ACTION NO. 00-0379 |
| VERSUS | SECTION "J" |
| RANDALL-MORGAN CONSTRUCTION COMPANY, INC. | MAG. "1" |

## JOINT MOTION TO WITHDRAW FUNDS FROM COURT REGISTRY

NOW INTO COURT, through undersigned counsel, come Plaintiff, MFLC Partners, a Louisiana Partnership in Commendam, Defendant Randall-Morgan Construction Company, Inc. ("Randall-Morgan"), and Third Party Defendants Mirabeau Family Learning Center, Inc., Michael R. Vales, and the Federal National Mortgage Association ("Fannie Mae"), who move the Court for an order authorizing the withdrawal of all monies presently in the Registry of this Court and arising from the captioned matter, and which monies approximate $180,000, plus accrued interest from the court's registry by defendant Randall-Morgan.

GAMD-NO:123741-2

DATE OF ENTRY
NOV 27 2001

___ Fee
___ Process
_X_ Dktd
_✓_ CtRmDep
___ Doc.No.

In support thereof, Movers represent:

1.

By order of September 24, 2001, the Court permitted third party defendant Highland Mortgage Company of Alabama ("Highland") to deposit the sum of $180,000 into the registry of the court, in exchange for which Highland was dismissed from the suit with prejudice.

2.

In separate wire transfers, first of $155,094.48 and then of $24,905.52, these funds were deposited into the registry of the court. Highland has accordingly been dismissed from the litigation.

3.

The remaining parties to the litigation, Movers herein, have settled the captioned matter in its entirety. The settlement agreement was entered into on October 4, 2001, and its terms were recited in open court on the record herein.

4.

Included in Movers' settlement agreement is an amicable resolution of their differences with respect to the deposited funds. Pursuant to the terms of said settlement agreement, defendant Randall-Morgan has the right to withdraw these funds and any interest accrued thereon.

5.

All Movers join in this motion and respectfully request that the Court enter an order authorizing the withdrawal of the $180,000 together with any interest accrued thereon by defendant Randall-Morgan.

Respectfully submitted,

Pierre V. Miller II (#17712) (TA)
Andrew P. Burnside (#14116)
Patrick, Miller, Burnside, &
   Belleau, L.L.C.
400 Poydras Street, Suite 1680
New Orleans, Louisiana 70130
Telephone: (504) 527-5400
Facsimile: (504) 527-545

**Attorneys for Mirabeau Family Learning Center, Inc., Michael R. Vales and MFLC Partners, A Louisiana Partnership in Commendam**


A. Gregory Grimsal (#6332)
Marcy V. Massengale (#22512)
Jennifer K. Conrad (#26241)
GORDON, ARATA, McCOLLAM
   & DUPLANTIS, L.L.P.
201 St. Charles Avenue
Suite 4000
New Orleans, Louisiana 70170-4000
Telephone: (504) 582-1111

By
   A. GREGORY GRIMSAL (#6332)

**Attorneys for Federal National Mortgage Association**

David J. Halpern, (#6452)
Bruce M. Danner (#4496)
Jill A. Gautreaux (#23750)
Maryann G. Hoskins (#20869)
Zara Zeringue (#22901)
Halpern, Danner, Martin & Miles, LLC
3900 North Causeway Boulevard
One Lakeway Center, Suite 605
Metairie, Louisiana 70002
Telephone: (504) 835-6705

**Attorneys for Defendant, Randall-Morgan Construction, Inc.**

C E R T I F I C A T E

I hereby certify that I have served a copy of the above and foregoing pleading on all counsel of record by telefax and by placing signed copies thereof in the United States mail, postage prepaid, on this 16th day of November, 2001.

A. Gregory Grimsal

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MFLC PARTNERS, A LOUISIANA<br>PARTNERSHIP IN COMMENDAM | CIVIL ACTION<br>NO. 00-0379 |
| VERSUS | |
| | SECTION "J" |
| RANDALL-MORGAN CONSTRUCTION<br>COMPANY, INC. | MAG. "1" |

### O R D E R

Considering the foregoing motion to withdraw funds from the court registry,

IT IS ORDERED that the motion is GRANTED;

IT IS FURTHER ORDERED that the clerk is hereby authorized to issue a check to Randall-Morgan Construction Company, Inc., Tax ID No. 721215667 for that amount representing all deposits therein, the principal amount of $180,000, plus any accrued interest on that amount since deposit into the court's registry.

GAMD-NO:123741-2

New Orleans, Louisiana, this 30th day of November, 2001.

_____
UNITED STATES DISTRICT JUDGE

RECEIVED CHECK NO. 14074
IN THE AMOUNT OF $180,665.98
*[signature]*
*[signature]*
11-26-01

GAMD-NO:123741-2